CAUSE NO. 2020DCV0914

| WESTAR INVESTORS GROUP, LLC SUHAIL BAWA AND SALEEM MAKANI, | § § § | IN THE DISTRICT COURT |
|---|---|---|
| Plaintiffs, | § § | |
| v. | § § | COUNTY COURT AT LAW #6 |
| THE GATEWAY VENTURES, LLC PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, AND BANKIM BHATT, | § § § § § § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

## TAB 1 - INDEX

| Doc No. | Document | Date |
|---|---|---|
| 1. | Original Petition | 03.10.20 |
| 2. | Request for Citation | 03.11.20 |
| 3. | The Gateway Ventures, LLC - Citation | 03.11.20 |
| 4. | Bhatt, Bankim - Citation | 03.12.20 |
| 5. | Dixson, Michael - Citation | 03.12.20 |
| 6. | Kumar, Suresh - Citation | 03.12.20 |
| 7. | PDG Prestige, Inc. - Citation | 03.12.20 |
| 8. | The Gateway Ventures, LLC - Citation | 03.12.20 |
| 9. | Citation Return-Gateway Ventures LLC | 04.08.20 |
| 10. | Citation Return -Michael Dixson | 04.08.20 |
| 11. | Citation Return -PDG Prestige INC | 04.08.20 |
| 12. | Citation Return -Gateway Ventures LLC | 04.08.20. |
| 13. | Motion for Substituted Service | 04.13.20 |
| 14. | Original Answer of Bankim Bhatt | 05.01.20 |
| 15. | Original Answer | 05.04.20 |
| 16. | Citation Return -Suresh Kumar | 05.11.20 |
| 17. | Cover Letter | 05.20.20 |
| 18. | Original Answer o Suresh Kumar | 05.20.20 |
| 19. | Affidavit of Service-Subpoena for Production of Docs | 06.03.20 |
| 20. | Vacation Letter | 06.04.20 |
| 21. | Motion to Dismiss | 06.08.20 |
| 22. | Motion for Substitution of Counsel | 06.16.20 |
| 23. | Notice of Filing | 06.19.20 |
| 24. | Certificate of Written Discovery | 06.22.20 |
| 25. | Notice of Hearing | 06.25.20 |
| 26. | Certificate of Written Discovery | 06.26.20 |

| | | |
|---|---|---|
| 27. | Order Granting Motion to Substitute Counsel | 06.26.20 |
| 28. | First Amended Petition | 07.07.20 |
| 29. | Response In Opposition | 07.07.20 |
| 30. | Amended Order Setting Remote Hearing | 07.09.20 |
| 31. | Amended Motion to Dismiss | 07.10.20 |
| 32. | Certificate of Written Discovery | 07.17.20 |
| 33. | Motion to Compel | 07.22.20 |
| 34. | Vacation Letter | 08.03.20 |
| 35. | Notice of Hearing | 08.05.20 |
| 36. | Order Setting Jury Trial & Final Pretrial Con, Order Referral to Mediation | 08.13.20 |
| 37. | Motion to Compel | 08.24.20 |
| 38. | Order | 08.25.20 |
| 39. | EXH B-Emails | 08.28.20 |
| 40. | EXH A-Emails | 08.28.20 |
| 41. | Order on Motion to Compel | 08.28.20 |
| 42. | Vacation Notice | 09.03.20 |
| 43. | Def Original Answer | 09.22.20 |
| 44. | Certificate of Written Discovery | 09.24.20 |
| 45. | Certificate of Written Discovery | 09.24.20. |
| 46. | EXH A-Depos | 10.08.20 |
| 47. | Vacation Letter | 10.12.20 |
| 48. | Motion to quash | 10.13.20 |
| 49. | Email Exh B | 10.15.20 |
| 50. | Response to Motion to Quash | 10.16.20 |
| 51. | Notice of Hearing | 10.22.20 |
| 52. | Motion to Extend | 10.26.20 |
| 53. | Motion to quash | 10.26.20 |
| 54. | Sur-reply to Plfs' Reply to Our Response to Motion to Quash | 10.27.20 |
| 55. | Objection to motion to extend time of depositions | 10.28.20 |
| 56. | Order | 12.14.20 |
| 57. | Suresh Kumar's Cross-Claim and Counter-Claim | 12.16.20 |
| 58. | Notice of Change of Address | 01.14.21 |
| 59. | Suggestion of Bankruptcy | 02.02.21 |
| 60. | Motion to Withdraw | 02.10.21 |
| 61. | Certificate of Written Discovery | 02.10.21 |