| | |
|---|---|
| **Party Debtor**<br>The Gateway Ventures, LLC<br>c/o Chantel Crews<br>Anisa Hutson Hester & Crews, LLP<br>5809 Acacia Circle<br>El Paso, Texas 79912<br>(915) 845-5300 | **Party Creditor**<br>Suresh Kumar<br>c/o Harrel Davis, III<br>Gordon Davis Johnson & Shane, P.C.<br>4695 N. Mesa St.<br>El Paso, Texas 79912 |
| **Party Other**<br>PDG Prestige, Inc.<br>c/o Chantel Crews<br>Anisa Hutson Hester & Crews, LLP<br>5809 Acacia Circle<br>El Paso, Texas 79912<br>(915) 845-5300 | |
| **Party Other**<br>Michael Dixson<br>c/o Chantel Crews<br>Anisa Hutson Hester & Crews, LLP<br>5809 Acacia Circle<br>El Paso, Texas 79912<br>(915) 845-5300 | |