

Eric C. Wood, Partner
Direct Dial: (214) 367-7501
Email: eric@brownfoxlaw.com

March 11, 2020

<u>*Via E-file*</u>
Court Clerk
El Paso County
District Court Office
500 E. San Antonio, Suite 104
El Paso, Texas 79901

**Re:** Cause No. 2020DCV091; *Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani v. The Gateway Ventures, LLC, et al.*; in the County Court at Law No. 6 of El Paso County, Texas.
**Issuance of Citations and Request for Copies of Plaintiffs' Original Petition**

Dear Court Clerk:

Please accept this letter as Plaintiffs Westar Investors Group, LLC, Suhail Bawa and Saleem Makani ("Plaintiffs") request for citations to be issued on Defendants The Gateway Ventures, LLC, PDG Prestige, Inc., Michael Dixson, Suresh Kumar, and Bankim Bhatt.

Please issue the citations and print five (5) copies of the Plaintiffs' Original Petition filed yesterday in the above-referenced matter.

Please process this request as soon as possible. Then, mail the copies and citations to Brown Fox PLLC, 8111 Preston Road, Suite 300, Dallas, Texas 75225, attention Eric C. Wood.

Thank you for your attention in this matter. Please contact my legal assistant, Kimberly Porter at 214-396-9279 or kimberly@brownfoxlaw.com should you have any questions.

Sincerely,

Eric C. Wood

ECW/kdp