**CAUSE NUMBER:** 2020DCV0914  CCY

☐ SHERIFF

**Request Received**

FILED
NORMA FAVELA BARCELEAU
DISTRICT CLERK

2020 MAR 11 AM 9:45

EL PASO COUNTY, TEXAS

BY _____ DEPUTY

4156832~~9~~

**REQUESTED BY:** _____

☐ Pauper's Oath

**PICK UP BY:** mail back

☐ RUSH
Approved By: _____

☐ ABSTRACT OF JUDGMENT    For Pick up on: _____
☐ CAPIAS
☒ CITATION PERSONAL SERVICE  x5
☐ CITATION BY CERTIFIED MAIL    ☐ OUTSIDE SERVICE    ☐ BY DISTRICT CLERK
☐ CITATION NON RESIDENT
☐ CITATION BY POSTING
☐ CITATION BY PUBLICATION
☐ NOTICE TO SHOW CAUSE
☐ ORDER OF SALE
☐ PROTECTIVE ORDER
☐ SUBPOENA(S)
☐ TRO
☐ WRIT OF ATTACHMENT
☐ WRIT OF EXECUTION
☐ WRIT OF HABEAS CORPUS
☐ WRIT OF POSSESSION
☐ OTHER: _____

**Notes to the Clerk**
Inst. attached

**ISSUED BY:** _____    **Date:** 3-10-20

Attn: The District Clerk's Office is not responsible for any errors after the request is received by the requesting individual. Please review your request for accuracy.

**RECEIVED BY:** _____    **Date:** _____
PLEASE PRINT