# THE STATE OF TEXAS



FILED
NORMA FAVELA BARCELEAU
DISTRICT CLERK

2020 MAR 12 AM 10: 40

EL PASO COUNTY TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **MICHAEL DIXSON**, who may be served with process at **780 N. RESLER DRIVE, SUITE B, EL PASO, TX 79912** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 6,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 10th day of March, 2020, by Attorney at Law, ERIC C. WOOD, 8111 PRESTON RD, STE 300, DALLAS, TX 75225 in this case numbered **2020DCV0914** on the docket of said court, and styled:

**WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA AND SALEEM MAKANI**
**VS**
**THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR AND BANKIM BHATT**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 12th day of March, 2020

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**  Attest: ___NORMA FAVELA BARCELEAU___ District Clerk
District Clerk El Paso County, Texas
El Paso County Courthouse
500 E. San Antonio Ave, RM 103 By _____, Deputy
El Paso, Texas 79901 Ashley Nunez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

## RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ___M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|---|---|------|---|---|---|
|      | MONTH | DAY | YEAR | Hour | Min. | ___M. | |
|      |       |     |      |      |      |       | |
|      |       |     |      |      |      |       | |
|      |       |     |      |      |      |       | |
|      |       |     |      |      |      |       | |
|      |       |     |      |      |      |       | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____  by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____, on the _____ day of _____ 20____, at _____ o'clock ___m. this copy of this instrument.

_____, Sheriff/Agent

_____ County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

(SEAL)

_____

**NOTARY PUBLIC, STATE OF TEXAS**