El Paso County - County Court at Law 5   2021-03-03 09:17:15   Doc# 1-16   Filed 05/03/21   Entered 05/03/21 19:21:25   Appendix 78   Page 1 of 2

Filed 4/8/2020 2:50 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

CAUSE NO. 2020dcv0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC ETA AL | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | EL PASO COUNTY, TEXAS |
| | § | |
| THE GATEWAY VENTURES, LLC ET AL | § | |
| Defendant. | § | COUNTY COURT AT LAW 5 |

## AFFIDAVIT OF SERVICE

"The following came to hand on Mar 17, 2020, 5:00 pm,

**CITATION WITH ATTACHED PETITIONER'S ORIGINAL PETITION,**

and was executed at 5996 Ojo de Agua Dr, El Paso, TX 79912 within the county of El Paso at 03:14 PM on Thu, Apr 02 2020, by delivering a true copy to the within named

**THE GATEWAY VENTURES, LLC BY DELIVERING TO MICHAEL DIXSON**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is Carolina Hernandez, my date of birth is 12/28/1975, and my address is 12380 Edgemere Blvd SUITE 102 PMB116, El Paso, TX 79938, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in El Paso County, State of TX, on April 08, 2020.

_____
Carolina Hernandez
Certification Number: PSC#4085
Certification Expiration: 07/31/2020

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **THE GATEWAY VENTURES, LLC,** who may be served through its registered agent, **MICHAEL DIXSON,** at PDG PRESTIGE INC, 780 N RESLER DRIVE, SUITE B, EL PASO, TX 79912 or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 6**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 10th day of March, 2020, by Attorney at Law, ERIC C. WOOD, 8111 PRESTON RD, STE 300, DALLAS, TX 75225 in this case numbered **2020DCV0914** on the docket of said court, and styled:

**WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA AND SALEEM MAKANI**
**VS**
**THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR AND BANKIM BHATT**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 12th day of March, 2020

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: __NORMA FAVELA BARCELEAU__ District Clerk
El Paso County, Texas
By _____, Deputy
Ashley Nuñez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."