IN THE COUNTY COURT AT LAW NUMBER SIX
EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | No. 2020DCV0914 |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT, | ) ) ) ) | |
| Defendants. | | |

## ORIGINAL ANSWER

COME NOW, Defendants THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., and MICHAEL DIXSON (the "Gateway Defendants"), and file this their Original Answer, and would show the Court as follows:

## GENERAL DENIAL

1. Pursuant to Rule 92 of the Texas Rules of Civil Procedure, the Gateway Defendants generally deny each and every, all and singular, the material allegations contained in Plaintiffs Original Petition and any subsequent amended or supplemental petitions, and demand strict proof thereof.

2. The Gateway Defendants reserve the right to amend this Answer.

WHEREFORE, PREMISES CONSIDERED, the Gateway Defendants respectfully request the Court enter a judgment that Plaintiffs taken nothing by reason of their Petition, and grand the Gateway Defendants all other relief, at law and in equity, to which they may be justly entitled.

        Respectfully submitted,

        AINSA HUTSON HESTER & CREWS, LLP
        5809 Acacia Circle
        El Paso, TX 79912
        (915) 845-5300
        (915) 845-7800 FAX

        By:   /s/ Chantel Crews
                Chantel Crews
                State Bar No. 24007050
                ccrews@acaciapark.com
                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent via the Court's efiletexas.gov system and/or via email or mail this 4th day of May, 2020, to the following attorney of record:

***Via Electronic Mail*:**
Eric C. Wood
eric@brownfoxlaw.com
8111 Preston Road, Ste. 300
Dallas, Texas 75225

***Via Electronic Mail*:**
Jeffry Ray
jray@raylaw.com
Ray Peña McChristian, P.C.
5822 Cromo Dr.
El Paso, Texas 79912

        */s/ Chantel Crews*
        CHANTEL CREWS