El Paso County - 21:03000thCounty Court Doc#1-20 Filed 05/03/21 Entered 05/03/21 19:21:25 Exhibit Tab 17 Pg 1 of 1
Filed 5/20/2020 10:31 AM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

# MARTY D. PRICE
### ATTORNEY AND COUNSELOR AT LAW
2514 BOLL STREET
DALLAS, TEXAS 75204

Telephone: (214) 871-1386
Fax: (214) 871-1389

May 20, 2020

*VIA E-FILE*

44th District Court
George L. Allen, Sr. Courts Building
600 Commerce Street, Box 540
Dallas, TX 75202

*Re:* Cause No. 2020DCV0914; Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani *vs. The Gateway Ventures, LLC., PDG Prestige, Inc., Michael Dixson, Suresh Kumar and Bankim Bhatt;* In the County Court at Law No. 6, El Paso County, Texas.

Dear Clerk:

Enclosed for e-filing please find the following in the above referenced case number:

1. Original Answer of Suresh Kumar.

Please contact me should you have any questions.

Sincerely,

Marty D. Price
*Attorney for Defendant Suresh Kumar*

MDP/ka
*Enc.*
*Cc: Eric C. Wood (via e-mail)*