CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI | § § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR AND BANKIM BHATT | § § § § § § | AT LAW NO. 6 |
| | § | EL PASO, TEXAS |
| Defendants. | § | |

## ORIGINAL ANSWER OF SURESH KUMAR

TO THE HONORABLE JUDGE OF SAID COURT:

SURESH KUMAR (hereinafter "Kumar"), files this his Original Answer to the Original Petition of Plaintiffs Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani and would show the Court as follows:

### I.
### GENERAL DENIAL

Pursuant to Rule 92 of the *Texas Rules of Civil Procedure*, Defendant KUMAR GENERALLY DENIES the allegations of Plaintiffs and demands STRICT PROOF thereof by a preponderance of the credible evidence.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Kumar requests judgment of the Court that Plaintiffs take nothing on their claims and that Defendant further recover his costs and for such other and further relief, whether at law or in equity, to which Defendant may show himself justly entitled.

Respectfully submitted,

*[signature: Marty D. Price]*

MARTY D. PRICE
Texas State Bar No. 16302300
2514 Boll Street
Dallas, Texas 75204
Phone: 214-871-1386
Fax: 214-871-1389
martyprice@martyprice.com

ATTORNEY FOR DEFENDANT
SURESH KUMAR

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded to the following parties of record by e-mail to the Plaintiff on this 20th day of May, 2020.

| ATTORNEY FOR PLAINTIFF | Eric C. Wood |
|---|---|
| WESTAR INVESTORS GROUP, LLC, | State Bar of Texas No. 24037737 |
| SUHAIL BAWA AND SALEEM MAKANI | 8111 Preston Road, Suite 300 |
| | Dallas, Texas 75225 |
| | eric@brownfoxlaw.com |

*[signature: Marty D. Price]*

MARTY D. PRICE

ORIGINAL ANSWER OF SURESH KUMAR                                                                 2 | P a g e