El Paso County - 210th Court Doc#1-25 Filed 05/03/21 Entered 05/03/21 19:21:25 Exhibit Tab 22 Pg 1 of 2

Filed 6/12/2020 9:51 AM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

No. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEN MAKANI | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | AT LAW NUMBER SIX (6) |
| v. | § § | |
| | § | EL PASO COUNTY, TEXAS |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT | § § § § | |
| Defendants. | § | |

## **DEFENDANT, SURESH KUMAR'S MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant, Suresh Kumar, files this Motion for Substitution of Counsel and in support thereof would show the Court as follows:

1. Defendant, Suresh Kumar, is currently represented by Merwyn Duane Price, 2514 Boll St., Dallas, Texas 75204, (214) 871-1386, martyprice@martyprice.com.

2. Defendant, Suresh Kumar, desires and elects to substitute Harrel L. Davis III of Gordon Davis Johnson & Shane, P.C. as lead counsel, in place and instead of Merwyn Duane Price.

3. Defendant, Suresh Kumar requests that this court discharge Merwyn Duane Price as its counsel of record in this case.

4. Defendant, Suresh Kumar respectfully requests that all future correspondence, notices, pleadings, written discovery, etc., be directed to the undersigned counsel.

5. No delay will be occasioned by this substitution, nor shall the same be invoked in support of any Motion for Continuance.

6. Defendant, Suresh Kumar consents to this substitution.

**GORDON DAVIS JOHNSON & SHANE P.C.**

*/s/ Harrel L. Davis III*
Harrel L. Davis III
State Bar No. 05567560
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com

Attorney for Defendant
Suresh Kumar

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, the foregoing document was electronically filed with the clerk of the court and a true and correct copy was electronically served on the parties/attorneys of record listed through the efile.txcourts.gov system.

*/s/ Harrel L. Davis III*
Harrel L. Davis III

Consent to Substitution of Counsel:

_____
By: Defendant, Suresh Kumar
Date: June 11TH, 2020