El Paso County - County Court at Law 6          Filed 6/23/2020 1:54 PM
21-03009-hcm Doc#1-26 Filed 05/03/21 Entered 05/03/21 19:21:25 Exhibit Tab 123 Pg 1 of 2
                                                                       Norma Favela Barceleau
                                                                              District Clerk
                                                                              El Paso County
                                                                              2020DCV0914

No. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEN MAKANI | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | AT LAW NUMBER SIX (6) |
| v. | § § | |
| | § | EL PASO COUNTY, TEXAS |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT | § § § § | |
| Defendants. | § | |

## NOTICE OF FILING RULE 11 AGREEMENT

Defendant, Suresh Kumar files this Notice of Filing Rule 11 Agreement. The Plaintiffs and Defendant Suresh Kumar have entered into an agreement with regard to the above captioned matter. Attached hereto is the Rule 11 Agreement dated June 17, 2020, signed by counsel for Plaintiffs and Defendant, Suresh Kumar, attesting to the agreement.

**GORDON DAVIS JOHNSON & SHANE P.C.**

*/s/Harrel L. Davis III*
Harrel L. Davis III
State Bar No. 05567560
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com

Attorney for Defendants

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on June 19, 2020, the foregoing document was electronically filed with the clerk of the court and a true and correct copy was electronically served on the parties/attorneys of record listed through the efile.txcourts.gov system.

*/s/Harrel L. Davis III*
Harrel L. Davis III

# Gordon Davis Johnson & Shane P.C.
ATTORNEYS AND COUNSELORS AT LAW

**Harrel L. Davis III**
LICENSED IN TEXAS AND NEW MEXICO

Mailing Address:
Post Office Box 1322
El Paso, Texas 79947-1322
4695 North Mesa
El Paso, Texas 79912
Telephone (915) 545-1133
Telefax (915) 545-4433
Email hdavis@eplawyers.com
Web www.eplawyers.com

## RULE 11 AGREEMENT

June 17, 2020

Eric C. Wood
8111 Preston Road, Suite 300
Dallas, Texas 75225
eric@brownfoxlaw.com

Re: *Westar Investors Group, LLC et al. v. Suresh Kumar et al.*; 2020DCV0914; CC6

Dear Mr. Wood:

Thank you for agreeing to extend the June 22, 2020 deadline for Defendant, Suresh Kumar to object and/or respond to Plaintiffs' first request for production through July 2, 2020. To confirm, please sign below and return a copy of this letter to me at your earliest convenience. I appreciate your courtesies in this regard.

Very truly yours,

GORDON DAVIS JOHNSON & SHANE P.C.

By: _____
Harrel L. Davis III

**AGREED:**

_____
Eric C. Wood
Attorney for Plaintiffs

{11751.1/HDAV/06753436.1}