CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC SUHAIL BAWA AND SALEEM MAKANI, | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § § | COUNTY COURT AT LAW #6 |
| THE GATEWAY VENTURES, LLC PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, AND BANKIM BHATT, | § § § § § § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

## NOTICE OF HEARING

Defendant Bankim Bhatt's Rule 91(a) Motion to Dismiss under Texas Rule of Civil Procedure are hereby set for hearing on **Tuesday, July 14, 2020** at **10:30 a.m.** in the County Court at Law No. 6. The hearing will be conducted by ZOOM. The Court will provide Zoom link.

1. The time announcement. 1 hour

2. Telephone numbers for all attorneys or self-represented litigants:

    Attorney for Defendant, Bankim Bhatt, Jeff Lucky (915) 832-7234;

    Attorney for Plaintiffs, Eric Wood (214) 327-5000;

    Attorney for Defendants, The Gateway Ventures, LLC, PDG Prestige, Inc., and Michael Dixson, Chantel Crews (915) 845-5300;

    Attorney for Defendant, Suresh Kumar, Harrel Davis III (915) 545-1133

    Email addresses for all attorneys and litigants:

    jray@raylaw.com
    jlucky@raylaw.com
    eric@brownfoxlaw.com
    vpena@eplawyers.com
    martyprice@martyprice.com

      hdavis@eplawyers.com
      ccrews@acaciapark.com

3. Whether the party is ready or not. Defendant is ready.

4. Whether an interpreter is required. None.

5. The number of witnesses to be called. None.

6. The total number of participants in the call. Two or three persons will participate in the hearing.

7. Whether a record is required. A record is required.

      Respectfully submitted,

      **RAY | PENA | McCHRISTIAN, P.C.**
      5822 Cromo Dr.
      El Paso, Texas 79922
      (817) 832 7200- Phone
      (817) 832-7333- Fax
      jray@raylaw.com
      jlucky@raylaw.com

June 25, 2020      By:   */s/ Jeffrey T. Lucky*
      **JEFF RAY**
      State Bar No. 16604400
      **JEFFREY THOMAS LUCKY**
      State Bar No. 12667350

      *Attorneys for Defendant Bakim Bhatt, M.DS.*

## CERTIFICATE OF SERVICE

    In compliance with Texas Rule of Civil Procedure 21a (e), I certify that on June 25, 2020, a true and correct copy of the foregoing document is served on the party(ies) or attorney(s) of record electronically pursuant to Texas Rule of Civil Procedure 21a (a)(1), or if the email address of the party or attorney is not on file with the electronic filing manager then service is accomplished pursuant to Texas Rule of Civil Procedure 21a (a)(2).

      */s/ Jeffrey T. Lucky*
      **JEFFREY THOMAS LUCKY**