El Paso County - 210th County Court Doc#1-30 Filed 05/03/21 Entered 05/03/21 19:21:25 Exhibit A-22 Pg 1 of 1

Filed 6/26/2020 12:59 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

No. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEN MAKANI | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | AT LAW NUMBER SIX (6) |
| v. | § § | |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT | § § § § § | EL PASO COUNTY, TEXAS |
| Defendants. | § | |

### AGREED ORDER GRANTING DEFENDANT, SURESH KUMAR'S MOTION FOR SUBSTITUTION OF COUNSEL

After considering Defendant, Suresh Kumar's Motion for Substitution of Counsel, and Defendant, Suresh Kumar's consent to the same, the Court **GRANTS** the Motion and declares the following:

1. Merwyn Duane Price, 2514 Boll St., Dallas, Texas 75204, (214) 871-1386, martyprice@martyprice.com, is hereby discharged as counsel of record in this case for Defendant, Suresh Kumar.

2. Harrel L. Davis III of Gordon Davis Johnson & Shane, P.C., 4695 N. Mesa, Suite 100, El Paso, Texas 79912, (915) 545-1133, hdavis@eplawyers.com, is hereby substituted in place and instead of Merwyn Duane Price as counsel of record in this case for Defendant, Suresh Kumar.

3. Harrel L. Davis III will be included in all future correspondence, notices, pleadings, written discovery, etc.

SIGNED this 26 day of June, 2020

_____
JUDGE

AGREED:

_____
Merwyn Duane Price
2514 Boll St.
Dallas, Texas 75204
(214) 871-1386
martyprice@martyprice.com

_____
Harrel L. Davis III
4695 N. Mesa, Suite 100
El Paso, Texas 79912
(915) 545-1133
hdavis@eplawyers.com