El Paso County - County Court at Law #6 Filed 7/9/2020 2:58 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

21-03009-hcm Doc#1-33 Filed 05/03/21 Entered 05/03/21 19:21:25 Exhibit Tab 30 Pg 1 of
2

# IN THE COUNTY COURT AT LAW NUMBER SIX
# EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC; | § | |
| SUHAIL BAWA; SALEEM MAKANI | | |
| **Plaintiff,** | | |
| vs. | § | **CAUSE NO. 2020DCV0914** |
| THE GATEWAY VENTURES, LLC; PDG PRESTIGE, INC.; MICHAEL DIXSON; SURESH KUMAR; BANKIM BHATT | § | |
| **Defendant.** | | |

## AMENDED ORDER SETTING REMOTE HEARING

It is hereby ordered that you attend the hearing. The Court has reset a **MOTION TO DISMISS** in the above-entitled and numbered Cause to **July 13, 2020**, at **10:45 AM**, in the **County Court at Law Number Six**, **conducted remotely via ZOOM hearing in compliance with the Supreme Court of Texas Emergency Orders regarding Covid-19 State of Disaster.** Join Zoom Meeting

https://txcourts.zoom.us/j/96108954882

Meeting ID: 961 0895 4882

LOCAL COUNSEL APPEARING ON THIS CASE MUST FILE AN ENTRY OF APPEARANCE. FAILURE TO DO SO SHALL RESULT IN CANCELLATION OF HEARING.

FAILURE TO APPEAR SHALL RESULT IN A JUDGMENT OR DISMISSAL FOR WANT OF PROSECUTION OF YOUR CASE.

IF YOU REQUIRE AN INTERPRETER YOU ARE RESPONSIBLE IN CONTRACTING A FREELANCE CERTIFIED COURT INTERPRETER.

SIGNED on this the 9th day of July, 2020.

_____
**M. SUE KURITA, JUDGE**
**COUNTY COURT AT LAW NUMBER SIX**

| | |
|---|---|
| ERIC C. WOOD | ERIC@BROWNFOXLAW.COM |
| CHANTEL CREWS | CCREWS@ACACIAPARK.COM |
| HARREL L DAVIS, III | HDAVIS@EPLAWYERS.COM |
| JEFFRY H RAY | JRAY@RAYLAW.COM |
| JEFFREY LUCKY | JLUCKY@RAYLAW.COM |
| MARTYPRICE | MARTYPRICE@M |

County Court at Law Number Six is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://txcourts.zoom.us/j/96108954882

Meeting ID: 961 0895 4882
One tap mobile
+13462487799,,96108954882# US (Houston)
+12532158782,,96108954882# US (Tacoma)

Dial by your location
    +1 346 248 7799 US (Houston)
    +1 253 215 8782 US (Tacoma)
    +1 669 900 6833 US (San Jose)
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)
Meeting ID: 961 0895 4882
Find your local number:
https://txcourts.zoom.us/u/ablXoATRE6

Join by Skype for Business
https://txcourts.zoom.us/skype/96108954882