No. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | AT LAW NUMBER SIX (6) |
| v. | § § | |
| | § | EL PASO COUNTY, TEXAS |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT | § § § § | |
| Defendants. | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

Defendant, Suresh Kumar, certifies that the following documents were served on counsel of record for Plaintiffs, Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani, and for Defendants, The Gateway Ventures, LLC, and Michael Dixson on July 17, 2020, in accordance with the Rules:

1. Documents responsive to Plaintiffs' Requests for Production, bates stamped KUMAR 973 through 2826.

**GORDON DAVIS JOHNSON & SHANE P.C.**

*/s/ Harrel L. Davis III*
Harrel L. Davis III
State Bar No. 05567560
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com

Attorney for Defendant

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on July 17, 2020, the foregoing document was electronically filed with the clerk of the court and a true and correct copy was electronically served on the parties/attorneys of record listed through the efile.txcourts.gov system.

*/s/ Harrel L. Davis III*
Harrel L. Davis III