

Eric C. Wood, Partner
Direct Dial: (214) 367-7501
Email: eric@brownfoxlaw.com

August 3, 2020

**_Via E-file_**
Court Clerk
County Court at Law No. 6
500 E. San Antonio
Suite 1106, 11th Floor
El Paso, Texas 79901

      **Re:**    Cause No. 2020DCV0914; *Westar Investors Group, LLC, et al. v. The Gateway Ventures, LLC, et al*.; in the County Court at Law No. 6 in El Paso County, Texas.
             **Vacation letter – Eric C. Wood**

Dear Clerk:

Please accept this letter as notice that I intend to be on vacation the following dates:

**August 7-10, 2020**

    In accordance with the Texas Lawyer's Creed, please do not schedule a hearing, trial, or any other deadlines in this case during these dates or within two (2) business days after these dates. By copy of this letter to all counsel of record, I am notifying counsel of my vacation plans and request that no depositions or other activities in connection with this case be set during such time periods.

    Thank you for your assistance in this matter. Please contact my office should you have any questions.

                              Sincerely,

                              Eric C. Wood

ECW/kdp

cc:
***Via E-file***
All parties/counsel of record