El Paso County - County Court at Law 6           Filed 8/5/2020 10:27 AM
21-03009-hcm Doc#1-38 Filed 05/03/21 Entered 05/03/21 19:21:25 Exhibit Tab 35 Pg 1 of 3
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, | § | IN THE COUNTY COURT |
| SUHAIL BAWA, AND SALEEM MAKANI, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, | § | |
| PDG PRESTIGE, INC., MICHAEL | § | |
| DIXSON, SURESH KUMAR, | § | |
| AND BANKIM BHATT, | § | |
| | § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff Westar Group, LLC's Motion to Compel Responses to Discovery Against Defendants The Gateway Ventures, LLC, PDG Prestige, Inc. and Michael Dixson is set for hearing on **Monday, August 24, 2020 at 10:30 a.m. (Mountain Time),** in the County Court at Law No. 6, El Paso County, Texas**.** The hearing will be conducted via Zoom. The court has provided the Zoom Link. Please use the link below to log in at your scheduled hearing time.

**Join Zoom Meeting**
**https://txcourts.zoom.us/j/95451558787**
**Meeting ID: 954 5155 8787**

One tap mobile
+13462487799,,95451558787# US (Houston)
+16699006833,,95451558787# US (San Jose)
Dial by your location
+1 346 248 7799 US (Houston)
+1 669 900 6833 US (San Jose)
+1 253 215 8782 US (Tacoma)
+1 929 205 6099 US (New York)
+1 301 715 8592 US (Germantown)
+1 312 626 6799 US (Chicago)

**NOTICE OF HEARING**                                                                                                        Page 1

Meeting ID: 954 5155 8787
Find your local number: https://txcourts.zoom.us/u/adIN9tdYXE

Join by Skype for Business
https://txcourts.zoom.us/skype/95451558787

Dated: August 5, 2020

Respectfully submitted,

BROWN FOX, PLLC

By: */s/ Eric C. Wood*
Eric C. Wood
State Bar No. 24037737
8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

ATTORNEYS FOR PLAINTIFFS
WESTAR INVESTORS GROUP, LLC
SUHAIL BAWA AND SALEEM
MAKANI

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 5, 2020, a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure.

*/s/ Eric C. Wood*
Eric C. Wood