El Paso County - 209th Court Doc#1-39 Filed 05/03/21 Entered 05/03/21 19:21:25 Exhibit Tab 8/13/2020 8:17 AM
2
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914
21-03009-hcm Doc#1-39 Filed 05/03/21

**IN THE COUNTY COURT AT LAW NUMBER SIX**
**EL PASO COUNTY, TEXAS**

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC; SUHAIL BAWA; SALEEM MAKANI <br> **Plaintiff,** | § § § | |
| vs, | § | CAUSE NO. 2020DCV0914 |
| | § § | |
| THE GATEWAY VENTURES, LLC; PDG PRESTIGE, INC.; MICHAEL DIXSON; SURESH KUMAR; BANKIM BHATT <br> **Defendant.** | § | |

# ORDER SETTING
# JURY TRIAL AND FINAL PRETRIAL CONFERENCE

**Jury Trial has been set on JULY 19, 2021 at 8:30 A.M.**

The Court will not hear any motions on the day of trial, except Motions in Limine.

**Final Pretrial Conference has been set on June 15, 2021 at 10:00 A.M.**

**Please bring the following for the Court; do not file with the District Clerk's office:**
- List of Witnesses and Designated Experts;
- List of Exhibits and (" **On the date of Trial, All Trial exhibits will be marked and arranged in a notebook". Do not number exhibits**);
- stipulation of Medical Records, if applicable; and a proposed Charge (follow P.J.C.).
- List of Technical Terms to be used during Trial so Court Reporter may enter into her dictionary.

**Please redact all Social Security numbers on all exhibits and documents.**

All discovery should be completed by Final Pretrial.

   **FAILURE TO APPEAR SHALL RESULT IN A JUDGMENT OR DISMISSAL FOR WANT OF PROSECUTION OF YOUR CASE.**

   **IF YOU REQUIRE AN INTERPRETER YOU ARE RESPONSIBLE IN CONTRACTING A FREELANCE CERTIFIED COURT INTERPRETER.**

   **NO CHILDREN UNDER THE AGE OF 10 ALLOWED IN COURTROOM.**

Signed on this the 13th day of August, 2020

*M. Sue Kurita*

_____
M. SUE KURITA, JUDGE
COUNTY COURT AT LAW NUMBER SIX

| | |
|---|---|
| ERIC C. WOOD | ERIC@BROWNFOXLAW.COM |
| CHANTEL CREWS | CCREWS@ACACIAPARK.COM |
| HARREL L DAVIS, III | HDAVIS@EPLAWYERS.COM |
| JEFFRY H RAY | JRAY@RMJFIRM.COM |

# IN THE COUNTY COURT AT LAW NUMBER SIX
# EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC; SUHAIL BAWA; SALEEM MAKANI<br>**Plaintiff's**<br><br>vs<br><br>THE GATEWAY VENTURES, LLC; PDG PRESTIGE, INC.; MICHAEL DIXSON; SURESH KUMAR; BANKIM BHATT<br>**Defendant's** | §§§§§§§§§ | **CAUSE NO. 2020DCV0914** |

## ORDER FOR REFERRAL TO MEDIATION

The Court finds that the instant cause is appropriate for mediation. Pursuant to Texas Civil Practices and Remedies code Chapter 155, this case is hereby ordered to be submitted for mediation.

By designated date: **May 01, 2021**

THIS IS A MANDATORY ORDER THAT ALL ATTORNEYS APPEARING IN THIS CASE ARE TO CONTACT THE MEDIATOR OF YOUR CHOICE.

*ALL ATTORNEYS, INDIVIDUALS AND OR AGENTS WITH FULL KNOWLEDGE OF THE CLAIM AND HAVE AUTHORITY TO NEGOTIATE AND SETTLE MUST ATTEND IN PERSON.

Failure to attend mediation will result in cancelation of all future hearings, including trial dates, a judgment or dismissal of your case for want of prosecution.

Signed on this the 13th day of August, 2020.

*M. Sue Kurita*

_____
**M. Sue Kurita, Judge**
**County Court at Law Number Six**