El Paso County - County Court at Law #6   21y03009anc-hcm Doc#1-41   Filed 05/03/21   Entered 05/03/21 19:21:25   Exhibit Tab 382 Pg 1 of 8/23/2020 8:36 AM

Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

## CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, | § | IN THE COUNTY COURT |
| SUHAIL BAWA, AND SALEEM MAKANI, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, | § | |
| PDG PRESTIGE, INC., MICHAEL | § | |
| DIXSON, SURESH KUMAR, | § | |
| AND BANKIM BHATT, | § | |
| | § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

### **ORDER**

On July 13, 2020, came to be heard Defendant Bankim Bhatt's amended motion to dismiss pursuant to Texas Rule of Civil Procedure 91a. Upon consideration of the merits of the motion, the response filed by Plaintiffs Westar Investors Group, LLC, Suhail Bawa and Saleem Makani, the pleadings on file, and the arguments of counsel, the Court finds as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Bankim Bhatt's amended motion to dismiss pursuant to Texas Rule of Civil Procedure 91a is hereby DENIED.

SIGNED on ~~July~~ Aug 24, 2020.

_____

JUDGE PRESIDING

ORDER -- SOLO PAGE