**Raquel Arroyos**

| | |
|---|---|
| **From:** | Raquel Arroyos <rarroyos@raylaw.com> |
| **Sent:** | Friday, August 28, 2020 3:03 PM |
| **To:** | Shannon Latham; Eric Wood; Kimberly Porter; ccrews@acaciapark.com; hdavis@eplawyers.com; vrust@eplawyers.com; vpena@eplawyers.com; martyprice@martyprice.com |
| **Cc:** | Jeff Ray; Jeff Lucky; Raquel Arroyos |
| **Subject:** | RE: Cause No. 2020DCV0914; Westar Investors Group, LLC, et al. v The Gateway Ventures, LLC, et al - Request for Dates for Depo |

Thank you Shannon, received.

We would like to obtain some available dates for depositions of Plaintiffs Suhail Bawa, Saleem Makani and the Corporate Rep. for Westar Group Investors, LLC. Please provide multiple dates so that we can coordinate accordingly.

Thank you again,



**Raquel Arroyos**
*Paralegal to Jeff Ray*

5822 Cromo Dr. • El Paso, TX 79912

Ray | Peña | McChristian, PC

+ 1 915 832 7242 **Direct Line**
+ 1 915 832 7200 **Main**
+ 1 915 832 7233 **Fax**
rarroyos@raylaw.com
www.raylaw.com

*Albuquerque | El Paso | Ft Worth | San Antonio*



CONFIDENTIALITY NOTICE: This email and its attachments are for the personal and confidential use of the named recipient(s) only and are intended, to the fullest extent permitted by law, to be privileged and confidential as an attorney-client communication and/or work product. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. Thank you.

**From:** Shannon Latham <shannon@brownfoxlaw.com>
**Sent:** Friday, August 28, 2020 2:49 PM
**To:** Jeff Ray <jray@raylaw.com>; Jeff Lucky <jlucky@raylaw.com>; Raquel Arroyos <rarroyos@raylaw.com>; ccrews@acaciapark.com; hdavis@eplawyers.com; vrust@eplawyers.com; vpena@eplawyers.com; martyprice@martyprice.com
**Cc:** Eric Wood <eric@brownfoxlaw.com>; Kimberly Porter <kimberly@brownfoxlaw.com>
**Subject:** Cause No. 2020DCV0914; Westar Investors Group, LLC, et al. v The Gateway Ventures, LLC, et al

EXHIBIT A

Counsel:

Please use the following link to access responsive documents bates labeled **PLAINTIFF 00001-00349**, being served in conjunction with Plaintiffs' responses to Defendant Bhatt's discovery requests which were served via the Court's e-serve system on this date.

https://www.dropbox.com/sh/16kb643xpefa7jh/AADMO-DQ_gxT_eUKk7yGkNjqa?dl=0

Please let me know if you should have any issues with access.

Thanks!



SHANNON LATHAM

8111 Preston Road
Suite 300
Dallas, Texas 75225

214.327.5000
469.893.9955

BROWNFOXLAW.COM

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Brown Fox PLLC immediately (by replying to this message or calling 214.327.5000) and immediately destroy all copies of this message and any attachments. Thank you.

**Raquel Arroyos**

| | |
|---|---|
| **From:** | Raquel Arroyos |
| **Sent:** | Thursday, September 17, 2020 4:07 PM |
| **To:** | Eric Wood; Shannon Latham; Kimberly Porter; ccrews@acaciapark.com; hdavis@eplawyers.com; vrust@eplawyers.com; vpena@eplawyers.com; martyprice@martyprice.com |
| **Cc:** | Jeff Ray; Jeff Lucky |
| **Subject:** | RE: Cause No. 2020DCV0914; Westar Investors Group, LLC, et al. v The Gateway Ventures, LLC, et al - Request for Dates for Depo |
| **Importance:** | High |

Good Afternoon Mr. Wood,

I write to follow up on our request for dates for depositions of Plaintiffs, Makani, Bawa and Corporate Rep. for Westar Group, LLC. Please provide multiple dates to coordinate with all parties.

Thank you,



**Raquel Arroyos**
*Paralegal to Jeff Ray*

5822 Cromo Dr. • El Paso, TX 79912

Ray | Peña | McChristian, PC

+ 1 915 832 7242 **Direct Line**
+ 1 915 832 7200 **Main**
+ 1 915 832 7233 **Fax**
rarroyos@raylaw.com
www.raylaw.com

*Albuquerque | El Paso | Ft Worth | San Antonio*



CONFIDENTIALITY NOTICE: This email and its attachments are for the personal and confidential use of the named recipient(s) only and are intended, to the fullest extent permitted by law, to be privileged and confidential as an attorney-client communication and/or work product. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. Thank you.

---

**From:** Raquel Arroyos <rarroyos@raylaw.com>
**Sent:** Friday, August 28, 2020 3:03 PM
**To:** Shannon Latham <shannon@brownfoxlaw.com>; Eric Wood <eric@brownfoxlaw.com>; Kimberly Porter <kimberly@brownfoxlaw.com>; ccrews@acaciapark.com; hdavis@eplawyers.com; vrust@eplawyers.com; vpena@eplawyers.com; martyprice@martyprice.com

**Cc:** Jeff Ray <jray@raylaw.com>; Jeff Lucky <jlucky@raylaw.com>; Raquel Arroyos <rarroyos@raylaw.com>
**Subject:** RE: Cause No. 2020DCV0914; Westar Investors Group, LLC, et al. v The Gateway Ventures, LLC, et al - Request for Dates for Depo

Thank you Shannon, received.

We would like to obtain some available dates for depositions of Plaintiffs Suhail Bawa, Saleem Makani and the Corporate Rep. for Westar Group Investors, LLC. Please provide multiple dates so that we can coordinate accordingly.

Thank you again,



**Raquel Arroyos**
*Paralegal to Jeff Ray*

5822 Cromo Dr. • El Paso, TX 79912

Ray | Peña | McChristian, PC

+ 1 915 832 7242 **Direct Line**
+ 1 915 832 7200 **Main**
+ 1 915 832 7233 **Fax**
rarroyos@raylaw.com
www.raylaw.com

*Albuquerque | El Paso | Ft Worth | San Antonio*

CONFIDENTIALITY NOTICE: This email and its attachments are for the personal and confidential use of the named recipient(s) only and are intended, to the fullest extent permitted by law, to be privileged and confidential as an attorney-client communication and/or work product. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. Thank you.

---

**From:** Shannon Latham <shannon@brownfoxlaw.com>
**Sent:** Friday, August 28, 2020 2:49 PM
**To:** Jeff Ray <jray@raylaw.com>; Jeff Lucky <jlucky@raylaw.com>; Raquel Arroyos <rarroyos@raylaw.com>; ccrews@acaciapark.com; hdavis@eplawyers.com; vrust@eplawyers.com; vpena@eplawyers.com; martyprice@martyprice.com
**Cc:** Eric Wood <eric@brownfoxlaw.com>; Kimberly Porter <kimberly@brownfoxlaw.com>
**Subject:** Cause No. 2020DCV0914; Westar Investors Group, LLC, et al. v The Gateway Ventures, LLC, et al

Counsel:

Please use the following link to access responsive documents bates labeled **PLAINTIFF 00001-00349**, being served in conjunction with Plaintiffs' responses to Defendant Bhatt's discovery requests which were served via the Court's e-serve system on this date.

https://www.dropbox.com/sh/16kb643xpefa7jh/AADMO-DQ_gxT_eUKk7yGkNjqa?dl=0

EXHIBIT A

Please let me know if you should have any issues with access.

Thanks!



**SHANNON LATHAM**

8111 Preston Road
Suite 300
Dallas, Texas 75225

214.327.5000
469.893.9955

BROWNFOXLAW.COM

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Brown Fox PLLC immediately (by replying to this message or calling 214.327.5000) and immediately destroy all copies of this message and any attachments. Thank you.

EXHIBIT A