El Paso County - County Court at Law 6             Filed 8/24/2020 2:04 PM
21-03009-hcm Doc#1-44 Filed 05/03/21 Entered 05/03/21 19:21:25 Exhibit Tab 42 Pg 1 of 2
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| v. | § § | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, AND BANKIM BHATT, | § § § § § § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

## ORDER

On August 24, 2020 came on to be heard Plaintiff Westar Investors Group, LLC's ("Westar" or "Plaintiff") motion to compel responses to discovery against Defendants The Gateway Ventures, LLC ("Gateway"), PDG Prestige, Inc. ("PDG") and Michael Dixson ("Dixson") (collectively "Defendants"). After considering the pleadings and evidence on file and agreement of counsel, the Court finds as follows:

IT IS ORDERED that Plaintiff's motion to compel to compel responses to discovery is hereby GRANTED.

It is FURTHER ORDED that, to the extent not already provided, Defendants shall serve complete responses to Plaintiff's first requests for production and produce the documents requested no later than September 7, 2020. Plaintiff's request for production no. 88 shall be withdrawn for the time being, and Plaintiff's request for production nos. 87 and 90 shall be limited for the time being to information related to Gateway or the transaction that forms the basis of this lawsuit.

It is FURTHER ORDED that, to the extent not already provided, Gateway shall serve complete sworn answers to Plaintiff's first set of interrogatories no later than September 7, 2020.

SIGNED on Aug 28, 2020.

_____
JUDGE PRESIDING

**AGREED AS TO FORM:**

BROWN FOX PLLC

By: */s/ Eric C. Wood*
Eric C. Wood
State Bar No. 24037737
8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com
Attorneys For Plaintiffs

AINSA HUTSON HESTER & CREWS, LLP

By: */s/ Chantel Crews*
Chantel Crews
State Bar No. 24007050
5809 Acacia Circle
El Paso, TX 79912
(915) 845-5300
(915) 845-7800 FAX
ccrews@acaciapark.com
Attorneys for The Gateway Defendants