No. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | AT LAW NUMBER SIX (6) |
| v. | § § | |
| | § | EL PASO COUNTY, TEXAS |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT, | § § § § | |
| Defendants. | § | |

## VACATION CERTIFICATE

**PLEASE TAKE NOTICE** that the undersigned attorney of record will be unavailable during the following days for the calendar years 2020-2021:

**September 27, 2020 – October 5, 2020**

**February 28, 2021 – March 7, 2021**

The undersigned attorney respectfully requests that no hearings, depositions or trials be set during these times.

Dated this 3rd day of September, 2020.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com

By: /Harrel L. Davis III/
Harrel L. Davis III
State Bar No. 148945
Attorney for Defendant Suresh Kumar

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Civil Procedure, I hereby certify that on September 3, 2020, the foregoing document was electronically filed with the clerk of the court and a true and correct copy was electronically served on the parties/attorneys of record listed through the efile.txcourts.gov system.

/Harrel L. Davis III/
Harrel L. Davis III

{11751.1/HDAV/06769744.1}