El Paso County - County Court at Law 6   2021-03-30 09:04:47   Filed 05/03/21   Entered 05/03/21 19:21:25   Exhibit Page 1 of 1
Filed 9/24/2020 3:49 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

No. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | AT LAW NUMBER SIX (6) |
| v. | § § | |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT | § § § § | EL PASO COUNTY, TEXAS |
| Defendants. | § § | |

## CERTIFICATE OF WRITTEN DISCOVERY

Suresh Kumar, a Defendant in the above-styled and numbered cause, states that the following documents have been served on counsel of record on September _24_, 2020, in accordance with the Rules:

1. Defendant Suresh Kumar's Objections and Answers to Plaintiff Westar Investor Group, LLC's First Set of Interrogatories.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com

By: _____
Harrel L. Davis III
State Bar No. 05567560
Attorney for Suresh Kumar

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September _24_, 2020, the foregoing document was electronically filed with the clerk of the court and a true and correct copy was electronically served on the parties/attorneys of record listed through the efile.txcourts.gov system.

_____
Harrel L. Davis III

{11751.1/HDAV/06775066.1}