CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| v. | § § | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, AND BANKIM BHATT, | § § § § § § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

### NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF PLAINTIFF SALEEM MAKANI DUCES TECUM

**TO:** All Parties.

**DEPONENT:** SALEEM MAKANI c/o Eric Wood, Brown Fox PLLC, 8111 Preston Road, Suite 300, Dallas, Texas 75225 or wherever he/she may be found.

**TIME AND DATE OF DEPOSITION:** November 19, 2020 beginning at 9:00 a.m./MST and continuing from day to day until the deposition is completed.

**PLACE OF DEPOSITION:** Said deposition will take place in person with the witness located at Wells Fargo Plaza, 221 N. Kansas St, El Paso, Texas at Suite no. 505. Said deposition testimony will be taken down in stenography and videotaped by ACR, Inc., Court Reporting 915.542.3422 or other certified reporting service. Said testimony is to be used at the time of the trial of the above-styled and numbered cause.

**SCOPE OF EXAMINATION:** Pursuant to Texas Rules of Civil Procedure Rule 199.2. this deposition may be used for purposes of trial.

**OBJECTIONS TO TESTIMONY:** Absent express agreement recorded in the deposition to the contrary, objections shall be made pursuant to the Texas Rules of Civil Procedure.

**PRODUCTION COMPELLED:** See Attached Exhibit "A"

**OFFICIAL COURT**

**REPORTER:** ACR, Inc. Court Reporting

**VIDEO:** Yes.

**INTERPRETER:** No.

**SUBPOENA:** No.

Respectfully submitted,

**RAY | PENA | McCHRISTIAN, P.C.**
5822 Cromo Dr.
El Paso, Texas 79922
(817) 832 7200- Phone
(817) 832-7333- Fax
jray@raylaw.com
jlucky@raylaw.com

By: */s/ Jeffrey T. Lucky*
**JEFF RAY**
State Bar No. 16604400
**JEFFREY THOMAS LUCKY**
State Bar No. 12667350

*Attorneys for Defendant Bankim Bhatt, M.D.*

### CERTIFICATE OF SERVICE

I certify that on October 8, 2020, the foregoing document was served via electronic service to all counsel of record pursuant to the Texas Rules of Civil Procedures.

*/s/ Jeffrey T. Lucky*
**JEFFREY THOMAS LUCKY**

**EXHIBIT "A"**

Please produce at your deposition:

1. "All contracts, agreements, communications or similar document or records of any type signed or approved by Bankim Bhatt, which you contend to be relevant to your claims as alleged against Dr. Bhatt in this litigation. This includes any and all such records pertaining to the formation, existence, rights and claims relating to Westar Investment Group or similarly named entities of any kind and any of its principals at any time for the period of activities alleged in your live pleadings in this matter, or regarding "the Property" as you have previously described that term in your pleadings and written discovery previously directed to Dr. Bhatt."

2. Any writing or digital record of any kind allegedly authored by, ratified by, or that you otherwise attribute to Dr. Bhatt that supports any contention of yours as to any representation, promise, covenant or any offer or acceptance, and to the breach of any duty by him as related to any claim you make against Dr. Bhatt in your pleadings, including but not limited to:

    a. Claims for Statutory Fraud;
    b. Claims for conspiracy or aiding and abetting or similar claims;
    c. Any other legal theory of cause of action as expressed or implied in your pleadings.

3. If you contend any writing, record or document as described above at items 1 and 2 have been previously produced in written discovery, produce a copy of each such record at your deposition or, in the alternative, be prepared to identify or list all such records by relevant Bates numbers or other specific identifying information as to each item.

CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| v. | § § | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, AND BANKIM BHATT, | § § § § § § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

### NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF PLAINTIFF SALEEM MAKANI DUCES TECUM

**TO:** All Parties.

**DEPONENT:** SALEEM MAKANI c/o Eric Wood, Brown Fox PLLC, 8111 Preston Road, Suite 300, Dallas, Texas 75225 or wherever he/she may be found.

**TIME AND DATE OF DEPOSITION:** November 24, 2020 beginning at 9:00 a.m./MST and continuing from day to day until the deposition is completed.

**PLACE OF DEPOSITION:** Said deposition will take place in person with the witness located at Wells Fargo Plaza, 221 N. Kansas St, El Paso, Texas at Suite no. 505. Said deposition testimony will be taken down in stenography and videotaped by ACR, Inc., Court Reporting 915.542.3422 or other certified reporting service. Said testimony is to be used at the time of the trial of the above-styled and numbered cause.

**SCOPE OF EXAMINATION:** Pursuant to Texas Rules of Civil Procedure Rule 199.2. this deposition may be used for purposes of trial.

**OBJECTIONS TO TESTIMONY:** Absent express agreement recorded in the deposition to the contrary, objections shall be made pursuant to the Texas Rules of Civil Procedure.

**PRODUCTION COMPELLED:** See Attached Exhibit "A"

**OFFICIAL COURT**

**REPORTER:** ACR, Inc. Court Reporting

**VIDEO:** Yes.

**INTERPRETER:** No.

**SUBPOENA:** No.

Respectfully submitted,

**RAY | PENA | McCHRISTIAN, P.C.**
5822 Cromo Dr.
El Paso, Texas 79922
(817) 832 7200- Phone
(817) 832-7333- Fax
jray@raylaw.com
jlucky@raylaw.com

By: */s/ Jeffrey T. Lucky*
**JEFF RAY**
State Bar No. 16604400
**JEFFREY THOMAS LUCKY**
State Bar No. 12667350

*Attorneys for Defendant Bankim Bhatt, M.D.*

## CERTIFICATE OF SERVICE

I certify that on October 8, 2020, the foregoing document was served via electronic service to all counsel of record pursuant to the Texas Rules of Civil Procedures.

*/s/ Jeffrey T. Lucky*
**JEFFREY THOMAS LUCKY**

**EXHIBIT "A"**

Please produce at your deposition:

1. "All contracts, agreements, communications or similar document or records of any type signed or approved by Bankim Bhatt, which you contend to be relevant to your claims as alleged against Dr. Bhatt in this litigation. This includes any and all such records pertaining to the formation, existence, rights and claims relating to Westar Investment Group or similarly named entities of any kind and any of its principals at any time for the period of activities alleged in your live pleadings in this matter, or regarding "the Property" as you have previously described that term in your pleadings and written discovery previously directed to Dr. Bhatt."

2. Any writing or digital record of any kind allegedly authored by, ratified by, or that you otherwise attribute to Dr. Bhatt that supports any contention of yours as to any representation, promise, covenant or any offer or acceptance, and to the breach of any duty by him as related to any claim you make against Dr. Bhatt in your pleadings, including but not limited to:

    a. Claims for Statutory Fraud;
    b. Claims for conspiracy or aiding and abetting or similar claims;
    c. Any other legal theory of cause of action as expressed or implied in your pleadings.

3. If you contend any writing, record or document as described above at items 1 and 2 have been previously produced in written discovery, produce a copy of each such record at your deposition or, in the alternative, be prepared to identify or list all such records by relevant Bates numbers or other specific identifying information as to each item.

CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| v. | § § | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, AND BANKIM BHATT, | § § § § § § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

## NOTICE OF INTENTION TO TAKE
## ORAL/VIDEOTAPED DEPOSITION OF PLAINTIFF SUHAIL BAWA DUCES TECUM

**TO:** All Parties.

**DEPONENT:** SUHAIL BAWA c/o Eric Wood, Brown Fox PLLC, 8111 Preston Road, Suite 300, Dallas, Texas 75225 or wherever he/she may be found.

**TIME AND DATE OF DEPOSITION:** November 18, 2020 beginning at 9:00 a.m./MST and continuing from day to day until the deposition is completed.

**PLACE OF DEPOSITION:** Said deposition will take place in person with the witness located at Wells Fargo Plaza, 221 N. Kansas St, El Paso, Texas at Suite no. 505. Said deposition testimony will be taken down in stenography and videotaped by ACR, Inc., Court Reporting 915.542.3422 or other certified reporting service. Said testimony is to be used at the time of the trial of the above-styled and numbered cause.

**SCOPE OF EXAMINATION:** Pursuant to Texas Rules of Civil Procedure Rule 199.2. this deposition may be used for purposes of trial.

**OBJECTIONS TO TESTIMONY:** Absent express agreement recorded in the deposition to the contrary, objections shall be made pursuant to the Texas Rules of Civil Procedure.

**PRODUCTION COMPELLED:** See Attached Exhibit "A"

**OFFICIAL COURT**
**REPORTER:** ACR, Inc. Court Reporting

**VIDEO:** Yes.

**INTERPRETER:** No.

**SUBPOENA:** No.

          Respectfully submitted,

          **RAY | PENA | McCHRISTIAN, P.C.**
          5822 Cromo Dr.
          El Paso, Texas 79922
          (817) 832 7200- Phone
          (817) 832-7333- Fax
          jray@raylaw.com
          jlucky@raylaw.com

By:    */s/ Jeffrey T. Lucky*
          **JEFF RAY**
          State Bar No. 16604400
          **JEFFREY THOMAS LUCKY**
          State Bar No. 12667350

          *Attorneys for Defendant Bankim Bhatt, M.D.*

## CERTIFICATE OF SERVICE

    I certify that on October 8, 2020, the foregoing document was served via electronic service to all counsel of record pursuant to the Texas Rules of Civil Procedures.

          */s/ Jeffrey T. Lucky*
          **JEFFREY THOMAS LUCKY**

**EXHIBIT "A"**

Please produce at your deposition:

1. "All contracts, agreements, communications or similar document or records of any type signed or approved by Bankim Bhatt, which you contend to be relevant to your claims as alleged against Dr. Bhatt in this litigation. This includes any and all such records pertaining to the formation, existence, rights and claims relating to Westar Investment Group or similarly named entities of any kind and any of its principals at any time for the period of activities alleged in your live pleadings in this matter, or regarding "the Property" as you have previously described that term in your pleadings and written discovery previously directed to Dr. Bhatt."

2. Any writing or digital record of any kind allegedly authored by, ratified by, or that you otherwise attribute to Dr. Bhatt that supports any contention of yours as to any representation, promise, covenant or any offer or acceptance, and to the breach of any duty by him as related to any claim you make against Dr. Bhatt in your pleadings, including but not limited to:

    a. Claims for Statutory Fraud;
    b. Claims for conspiracy or aiding and abetting or similar claims;
    c. Any other legal theory of cause of action as expressed or implied in your pleadings.

3. If you contend any writing, record or document as described above at items 1 and 2 have been previously produced in written discovery, produce a copy of each such record at your deposition or, in the alternative, be prepared to identify or list all such records by relevant Bates numbers or other specific identifying information as to each item.

CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| v. | § § | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, AND BANKIM BHATT, | § § § § § § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

## NOTICE OF INTENTION TO TAKE
## ORAL/VIDEOTAPED DEPOSITION OF PLAINTIFF SUHAIL BAWA DUCES TECUM

**TO:** All Parties.

**DEPONENT:** SUHAIL BAWA c/o Eric Wood, Brown Fox PLLC, 8111 Preston Road, Suite 300, Dallas, Texas 75225 or wherever he/she may be found.

**TIME AND DATE OF DEPOSITION:** November 23, 2020 beginning at 9:00 a.m./MST and continuing from day to day until the deposition is completed.

**PLACE OF DEPOSITION:** Said deposition will take place in person with the witness located at Wells Fargo Plaza, 221 N. Kansas St, El Paso, Texas at Suite no. 505. Said deposition testimony will be taken down in stenography and videotaped by ACR, Inc., Court Reporting 915.542.3422 or other certified reporting service. Said testimony is to be used at the time of the trial of the above-styled and numbered cause.

**SCOPE OF EXAMINATION:** Pursuant to Texas Rules of Civil Procedure Rule 199.2. this deposition may be used for purposes of trial.

**OBJECTIONS TO TESTIMONY:** Absent express agreement recorded in the deposition to the contrary, objections shall be made pursuant to the Texas Rules of Civil Procedure.

**PRODUCTION COMPELLED:** See Attached Exhibit "A"

**OFFICIAL COURT**

| | |
|---|---|
| **REPORTER:** | ACR, Inc. Court Reporting |
| **VIDEO:** | Yes. |
| **INTERPRETER:** | No. |
| **SUBPOENA:** | No. |

                Respectfully submitted,

                **RAY | PENA | McCHRISTIAN, P.C.**
                5822 Cromo Dr.
                El Paso, Texas 79922
                (817) 832 7200- Phone
                (817) 832-7333- Fax
                jray@raylaw.com
                jlucky@raylaw.com

By:    */s/ Jeffrey T. Lucky*
       **JEFF RAY**
       State Bar No. 16604400
       **JEFFREY THOMAS LUCKY**
       State Bar No. 12667350

       *Attorneys for Defendant Bankim Bhatt, M.D.*

### CERTIFICATE OF SERVICE

    I certify that on October 8, 2020, the foregoing document was served via electronic service to all counsel of record pursuant to the Texas Rules of Civil Procedures.

                */s/ Jeffrey T. Lucky*
                **JEFFREY THOMAS LUCKY**

**EXHIBIT "A"**

Please produce at your deposition:

1. "All contracts, agreements, communications or similar document or records of any type signed or approved by Bankim Bhatt, which you contend to be relevant to your claims as alleged against Dr. Bhatt in this litigation. This includes any and all such records pertaining to the formation, existence, rights and claims relating to Westar Investment Group or similarly named entities of any kind and any of its principals at any time for the period of activities alleged in your live pleadings in this matter, or regarding "the Property" as you have previously described that term in your pleadings and written discovery previously directed to Dr. Bhatt."

2. Any writing or digital record of any kind allegedly authored by, ratified by, or that you otherwise attribute to Dr. Bhatt that supports any contention of yours as to any representation, promise, covenant or any offer or acceptance, and to the breach of any duty by him as related to any claim you make against Dr. Bhatt in your pleadings, including but not limited to:

    a. Claims for Statutory Fraud;
    b. Claims for conspiracy or aiding and abetting or similar claims;
    c. Any other legal theory of cause of action as expressed or implied in your pleadings.

3. If you contend any writing, record or document as described above at items 1 and 2 have been previously produced in written discovery, produce a copy of each such record at your deposition or, in the alternative, be prepared to identify or list all such records by relevant Bates numbers or other specific identifying information as to each item.