EXHIBIT B

**Raquel Arroyos**

| | |
|---|---|
| **From:** | Jeff Lucky <jlucky@raylaw.com> |
| **Sent:** | Thursday, October 15, 2020 2:33 PM |
| **To:** | Eric Wood |
| **Cc:** | Raquel Arroyos; Shannon Latham; kimberly@brownfoxlaw.com |
| **Subject:** | RE: WESTAR -- Deposition dispute |

Eric,

I will gladly accept your apology as soon as you provide me with dates and a suggested location for the depositions of your clients, at which time I will call my client to check on his availability.

I am not inclined to do these depositions via Zoom because, as you know, they will be document intensive. In any event, I can arrange for a deposition site with appropriate social distancing capacity. If your clients desire, we can all wear masks and follow any other reasonable guidelines per the relevant authorities, as all of us have been doing for some time now. I will even provide separate exhibit books for each witness and yourself in order to minimize document handling issues.

I understand that you are busy today but you've had about 5 weeks to gather this information and make some kind of proposal, so it is incumbent upon you to provide dates and other specific information as needed to allow me to make appropriate arrangements—if we can reach an agreement at this late stage.

You appear to have an associate and a paralegal whose names are showing up consistently in correspondence on this case. I trust that one of them is already working to get dates from your clients while you do more important things today, so I look forward getting your proposed dates and your specific location preference no later than 6pm MDT this evening.

If this information is not promptly forthcoming or if we cannot reach a satisfactory agreement by noon tomorrow, please advise both of your clients that I will be requiring their participation as witnesses (via Zoom) in any hearing on your motion to quash or corresponding motion by this office.

Finally, please copy Ms. Arroyos in my office on any related emails.

Sincerely,

*Ray |Peña | McChristian, PC*
Albuquerque | El Paso | Ft Worth | San Antonio
 Direct: 915-832-7234 | Office: 915-832-7200 | Fax: 915-832-7333
jlucky@raylaw.com

Licensed in Texas since 1990
Licensed in New Mexico since 1991

**EXHIBIT B**

**From:** Eric Wood <eric@brownfoxlaw.com>
**Sent:** Thursday, October 15, 2020 7:23 AM
**To:** Jeff Lucky <jlucky@raylaw.com>
**Subject:** RE: WESTAR -- Deposition dispute

Jeff,
My apologies for not getting back to you with deposition dates sooner. I will be out of pocket in a deposition all day today, but I have inquired from my clients about available dates for their depositions, and I will get back to you with dates as soon as I am able. I appreciate your patience. Will you confirm whether you are amenable to taking the depositions via Zoom or other video platform given the current pandemic?
We would like to take Dr. Bhatt's deposition as well (I am fine with doing it by Zoom), so will you please provide available dates for him as well when you can?
Thanks again and I appreciate your patience.
Regards,



**From:** Jeff Lucky <jlucky@raylaw.com>
**Sent:** Wednesday, October 14, 2020 3:00 PM
**To:** Eric Wood <eric@brownfoxlaw.com>
**Cc:** Raquel Arroyos <rarroyos@raylaw.com>; Shannon Latham <shannon@brownfoxlaw.com>; Kimberly Porter <kimberly@brownfoxlaw.com>
**Subject:** WESTAR -- Deposition dispute
**Importance:** High

Mr. Wood,

This email is to follow up on my call to your office of this afternoon. Consistent with the applicable conference requirements of the Texas Rules of Civil Procedure I called your office a moment ago. I could not reach you, so I left you a detailed voice mail regarding the failure of your office to respond to any of three prior requests (dating back to August) for deposition dates of your clients. Your non-responsiveness in this regard was recently compounded by your failure to make any attempt to confer before filing your unjustified motion to quash our alternative-date notices of deposition.

Please understand that If I do not hear from you within 24 hours, or if we cannot promptly resolve this dispute in a manner that is fair to my client, I intend to file my own motion asking the court to deal with this issue. Since your office has never previously responded to our timely requests for deposition dates and availability, any motion (or response) that I have to file will include a request for reasonable fees incurred by my client in having to 1) respond to your motion to quash, and 2) and any other wasted time and effort in having to seek court intervention to obtain depositions of your plaintiffs who chose to file suit in this forum.

Sincerely,

*Jeffrey Thomas Lucky*

EXHIBIT B

*Ray |Peña | McChristian, PC*
Albuquerque | El Paso | Ft Worth | San Antonio
Direct: 915-832-7234 | Office: 915-832-7200 | Fax: 915-832-7333
jlucky@raylaw.com

Licensed in Texas and New Mexico

Certified – Personal Injury Trial Law
By the Texas Board of Legal Specialization

EXHIBIT B