CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, | § | IN THE COUNTY COURT |
| SUHAIL BAWA, AND SALEEM MAKANI, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, | § | |
| PDG PRESTIGE, INC., MICHAEL | § | |
| DIXSON, SURESH KUMAR, | § | |
| AND BANKIM BHATT, | § | |
| | § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

## NOTICE OF HEARING

NOTICE is hereby given that a hearing on Defendant **BANKIM BHATT'S Response to Plaintiffs' Motion to Quash Defendant Bankim Bhatt's Notices of Depositions to Plaintiffs and in the Alternative, Motion to Strike** in the above-styled cause, is set for hearing on **October 28, 2020, at 10:15 a.m. MDT via Zoom,** in the County Court at Law No. 6 of El Paso County, Texas, located at 500 E. San Antonio Ave., Room 606, El Paso, Texas, 79901.

**Zoom invite information below**.

Respectfully submitted,

**RAY | PENA | McCHRISTIAN, P.C.**
5822 Cromo Dr.
El Paso, Texas 79922
(817) 832 7200- Phone
(817) 832-7333- Fax
jray@raylaw.com
jlucky@raylaw.com

By:  */s/ Jeffrey T. Lucky*
**JEFF RAY**
State Bar No. 16604400
**JEFFREY THOMAS LUCKY**
State Bar No. 12667350
*Attorneys for Defendant Bankim Bhatt, M.D.*

## CERTIFICATE OF SERVICE

I certify that on October 22, 2020, the foregoing document was served via electronic service to all counsel of record pursuant to the Texas Rules of Civil Procedures.

*/s/ Jeffrey T. Lucky*
**JEFFREY THOMAS LUCKY**

M Sue Kurita, Judge is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting / MOUNTAIN TIME
https://txcourts.zoom.us/j/94316456777

Meeting ID: 943 1645 6777
One tap mobile
+13462487799,,94316456777# US (Houston)
+16699006833,,94316456777# US (San Jose)

Dial by your location
        +1 346 248 7799 US (Houston)
        +1 669 900 6833 US (San Jose)
        +1 253 215 8782 US (Tacoma)
        +1 312 626 6799 US (Chicago)
        +1 929 205 6099 US (New York)
        +1 301 715 8592 US (Germantown)
Meeting ID: 943 1645 6777
Find your local number: https://txcourts.zoom.us/u/ac5jvIvt9x

Join by Skype for Business
https://txcourts.zoom.us/skype/94316456777