CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, § | | IN THE COUNTY COURT |
| SUHAIL BAWA, AND SALEEM MAKANI, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | |
| § | | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, § | | |
| PDG PRESTIGE, INC., MICHAEL § | | |
| DIXSON, SURESH KUMAR, § | | |
| AND BANKIM BHATT, § | | |
| § | | |
| Defendants. § | | EL PASO COUNTY, TEXAS |

## ORDER REGARDING DEPOSITIONS OF ALL PLAINTIFFS

On October 28, 2020 the parties and their respective counsel came before this Court, which considered Plaintiffs' Motion to Quash Defendant Bankim Bhatt's Notice of Depositions of Plaintiffs, and Defendant Bankim Bhatt's Response and alternative Motion to Strike the Plaintiffs' Motion to Quash in regard to deposition settings for November 2020 as to each of the individual Plaintiffs: SUHAIL BAWA, SALEEM MAKANI and Corporate Representative for Plaintiff WESTAR GROUP, LLC, whereupon the Court made the following determinations:

- Each individual Plaintiff shall appear in person for his respective deposition to be taken at a to-be-specified location in the Dallas-Fort Worth area;

- All counsel shall confer, as necessary, to determine a mutually convenient site for these depositions which site should provide suitable conditions and facilities as reasonably necessary to maintain appropriate social distancing or other necessary safety measures consistent with applicable pandemic restrictions;

- Any deponent shall appear at the site and remain available for the taking of each deposition for the duration of each business day on the dates of January 13, 14 & 15, 2021 which dates may include (subject to the agreement of the parties) the additional deposition of any designated corporate representative(s) of Plaintiff Westar Investment Group, LLC upon a timely notice issued that complies with Rule 199.2(b)(1);

- The maximum time on the record allowed to complete each deposition remains open to review by the Court should the parties be unable to reach agreement in that regard but, in any event, shall not be less than six hours per witness at this time;

- Start times and location specifics shall be stated in formal Amended or Original Notices to be issued by counsel for Defendant Bankim Bhatt on or before December 8, 2020, and any other party may serve cross-notices after issuance of Bhatt's notices or, in the alternative, other Defendants may initiate their own original notices as to any Plaintiff after that date.

**ENTERED** this _13_ day of December, 2020.

_____
**THE HONORABLE SUE M. KURITA**

**APPROVED AS TO FORM:**

*/s/ Jeffrey Thomas Lucky*
**JEFF RAY**
State Bar No. 16604400
**JEFFREY THOMAS LUCKY**
State Bar No. 12667350
**RAY | PENA | McCHRISTIAN, P.C.**
5822 Cromo Drive
El Paso, Texas 79922


*/s/ Eric C. Wood (approved by email)*
**ERIC C. WOOD**
State Bar No. 24037737
8111 Preston Road, Suite 300
Dallas, Texas 75225
Attorney for Plaintiffs


*/s/ Chantel Crews (approved by email)*
**CHANTEL CREWS**
ANISA HUTSON HESTER & CREWS, LLP
5809 Acacia Circle
El Paso, Texas 79912
Attorney for Defendants Michael Dixson, PDG Prestige, Inc.,
and The Gateway Ventures, LLC


*/s/ Harrell Davis, III (approved by email )*
**HARREL DAVIS, III**
GORDON DAVIS JOHNSON & SHANE, P.C.
4695 N. Mesa Street
El Paso, Texas 79912
Attorney for Defendant Suresh Kumar