El Paso County - 309th Court Doc#1-61   Filed 05/03/21   Entered 05/03/21 19:21:25   Exhibit Tab 58 Pg 1:54 PM
21-03009-hcm  Doc#1-61                                                    2
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

CAUSE NO. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, AND SALEEM MAKANI, | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | |
| v. | § § | AT LAW NO. 6 |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, AND BANKIM BHATT, | § § § § § § | |
| Defendants. | § | EL PASO COUNTY, TEXAS |

**NOTICE OF CHANGE OF ADDRESS BY COUNSEL
FOR PLAINTIFFS WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA AND
SALEEM MAKANI**

Eric C. Wood, counsel for Plaintiffs Westar Investors Group, LLC, Suhail Bawa and Saleem Makani in the above entitled and numbered cause, files this notice of change of address and requests that all future filings and correspondence should be sent to him at the following firm and address:

Eric C. Wood
BROWN FOX PLLC
5550 Granite Parkway, Suite 175
Plano, Texas 75024
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

Respectfully submitted,

By: */s/ Eric C. Wood*
    Eric C. Wood
    State Bar No. 24037737
    BROWN FOX PLLC
    5550 Granite Parkway, Suite 175
    Plano, Texas 75024
    Phone: (214) 327-5000
    Fax: (214) 327-5001
    Email: eric@brownfoxlaw.com

ATTORNEY FOR PLAINTIFFS
WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA AND SALEEM MAKANI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded in accordance with the Texas Rules of Civil Procedure to all counsel of record on the 14th day of January, 2021.

*/s/ Eric C. Wood*
Eric C. Wood