El Paso County - County Court at Law 6    Filed 2/2/2021 11:03 AM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV0914

21-30069-hcm Doc#1-62 Filed 05/03/21 Entered 05/03/21 19:21:25 Exhibit Tab 39 Pg 1 of 3

No. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | AT LAW NUMBER SIX (6) |
| v. | § § | |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT | § § § § § | EL PASO COUNTY, TEXAS |
| Defendants. | § | |

## SUGGESTION OF BANKRUPTCY & NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 11, TITLE 11 UNITED STATES CODE (UNITED STATES BANKRUPTCY CODE)

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Rule 3.10(A), notice is hereby given that Defendant THE GATEWAY VENTURES, LLC filed for protection under Chapter 11 of the United States Bankruptcy Code, Case No. 21-30071 in the United States Bankruptcy Court for the Western District of Texas, El Paso Division on February 2, 2021. A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A".

Accordingly, all further proceedings against Defendant THE GATEWAY VENTURES, LLC **only** are stayed pursuant to 11 U.S.C. §362(a).

DATED this the ___2___ day of February, 2021.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)

By: _____
Harrel L. Davis III
State Bar No. 05567560
hdavis@eplawyers.com
Attorney for Suresh Kumar

{11751.1/HDAV/06802165.1}

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, the foregoing document was electronically filed with the clerk of the court and a true and correct copy was electronically served on the parties/attorneys of record listed through the efile.txcourts.gov system.

_____
Harrel L. Davis III

United States Bankruptcy Court
Western District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 02/02/2021 at 09:35 AM and filed on 02/02/2021.

**The Gateway Ventures, LLC**
c/o PDG Prestige, Inc.
780 N Resler Drive, Suite B
El Paso, TX 79912
Tax ID / EIN: 83-2804095



The case was filed by the debtor's attorney:

**Jeff Carruth**
Weycer, Kaplan, Pulaski & Zuber, P.C
3030 Matlock Rd., Suite 201
Arlington, TX 76015
817-795-5046

The case was assigned case number 21-30071.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.txwb.uscourts.gov or at the Clerk's Office, 511 E. San Antonio Ave., Rm. 444, EL PASO, TX 79901.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Barry D. Knight**
**Clerk, U.S. Bankruptcy Court**

EXHIBIT A