No. 2020DCV0914

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA, and SALEEM MAKANI | § § § | IN THE COUNTY COURT |
| Plaintiffs, | § § | AT LAW NUMBER SIX (6) |
| v. | § § § | |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT | § § § § | EL PASO COUNTY, TEXAS |
| Defendants. | § § | |

## CERTIFICATE OF WRITTEN DISCOVERY

Defendant, Suresh Kumar, certifies that the following documents were served on counsel of record for Plaintiffs, Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani, and for Defendants, The Gateway Ventures, LLC, and Michael Dixson on February __10__, 2021, in accordance with the Rules:

1. Documents responsive to Plaintiffs' Requests for Production, Bates stamped KUMAR 2839.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com

By:_____
Harrel L. Davis III
State Bar No. 05567560
Attorney for Suresh Kumar

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on February __10__, 2021, the foregoing document was electronically filed with the clerk of the court and a true and correct copy was electronically served on the parties/attorneys of record listed through the efile.txcourts.gov system.

_____
Harrel L. Davis III

{11751.1/HDAV/06794484.1}