# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 21−30071−hcm

Chapter No.: 11

IN RE: **The Gateway Ventures, LLC**, Debtor(s)

Adversary Proceeding No.: 21−03009−hcm

Judge: H. Christopher Mott

**Westar Investors Group, LLC et al.**
Plaintiff

v.

**The Gateway Ventures LLC et al.**
Defendant

## ORDER ESTABLISHING DATE FOR STATUS HEARING

Having reviewed the docket sheet and the record of the above referenced adversary proceeding, it appears that this proceeding was removed to this Court pursuant to 28 U.S.C. §§ 1452 and 1334, and Bankruptcy Rules 9027, 7003, and 7004 by a Notice of Removal filed on 5/3/21. Since this proceeding was ongoing in State Court at the time of its removal, it is incumbent upon the Court to inquire into the status of the proceeding, as well as to resolve any matters currently pending but unresolved. In the interests of judicial management and economy and to insure a prompt and final disposition of the proceeding, **IT IS THEREFORE ORDERED** that a status hearing shall be held in this adversary proceeding

    at   us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

    on   **5/26/21 at 01:30 PM**

Counsel for the Plaintiff(s) and the Defendant(s) shall appear at this hearing. At the status hearing the Court is to be informed of: (1) the status of the proceeding before it and any matters pending and previously undisposed of by the State Court; (2) the necessity of repleading under the Federal Rules of Civil Procedure; (3) other matters that have been timely filed, properly noticed, and set by Order of the Court relating to the administration of this adversary proceeding; including any motions to remand or to abstain, filed in the proceeding; and (4) the report of counsel for the party, having caused the removal notice to be filed as to whether the matter is a core proceeding or is a matter otherwise related to a case under Title 11 of the United States Code, as those terms are defined under 28 U.S.C. § 157, and, if only a related proceeding, the reasons that justify removal and the reasons why it should be retained by this Court.

**IT IS FURTHER ORDERED** that failure of counsel to appear at the status hearing will be considered by the Court as failure to comply with any Order of the Court, as well as conclusive evidence of a lack of present interest in prosecuting and/or defending this matter. Thus, failure of counsel to appear may result in dismissal or other default relief being entered by virtue of the Court's inherent power to control its own docket under 11 U.S.C. § 105.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve this Order on all parties to this adversary proceeding, their counsel of record, and the trustee of the bankruptcy case, if any.

Dated: 5/4/21

                                                               Barry D. Knight
                                                          Clerk, U. S. Bankruptcy Court

BY: Ronda Farrar

**[Status Hearing Order (AP)]** [OsthrgAPap]

United States Bankruptcy Court

Western District of Texas

Westar Investors Group, LLC,
    Plaintiff

The Gateway Ventures LLC,
    Defendant

Adv. Proc. No. 21-03009-hcm

# CERTIFICATE OF NOTICE

District/off: 0542-3      User: admin      Page 1 of 2
Date Rcvd: May 04, 2021      Form ID: 192      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Michael The Gateway Ventures LLC, Anisa Hutson Hester & Crews, LLP, c/o Chantel Crews, 5809 Acacia Circle, El Paso, TX 79912-4859 |
| dft | + | PDG Prestige, Inc., Weycer Kaplan Pulaski & Zuber PC, c/o Jeff Carruth, 780 N Resler Drive, Suite B, El Paso, TX 79912-7196 |
| pla | + | Saleem Makani, Brown Fox PLLC, c/o Eric C. Wood, 8111 Preston Road, Ste 300, Dallas, TX 75225-6329 |
| pla | + | Suhail Bawa, Brown Fox PLLC, c/o Eric C. Wood, 8111 Preston Road, Ste 300, Dallas, TX 75225-6329 |
| dft | + | Suresh Kumar, Gordon Davis Johnson & Shane, P.C., c/o Harrel Davis, III, 4695 N. Mesa Street, El Paso, TX 79912-6150 |
| dft | + | The Gateway Ventures LLC, Anisa Hutson Hester & Crews, LLP, c/o Chantel Crews, 5809 Acacia Circle, El Paso, TX 79912-4859 |
| pla | + | Westar Investors Group, LLC, Brown Fox PLLC, c/o Eric C. Wood, 8111 Preston Road, Ste 300, Dallas, TX 75225-6329 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aldo R Lopez | on behalf of Plaintiff Suhail Bawa alopez@rmjfirm.com cchumsae@rmjfirm.com |
| Aldo R Lopez | on behalf of Plaintiff Westar Investors Group LLC alopez@rmjfirm.com, cchumsae@rmjfirm.com |
| Aldo R Lopez | on behalf of Plaintiff Saleem Makani alopez@rmjfirm.com cchumsae@rmjfirm.com |

District/off: 0542-3      User: admin      Page 2 of 2
Date Rcvd: May 04, 2021      Form ID: 192      Total Noticed: 7
TOTAL: 3