# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 21−30071−hcm

Chapter No.: 11

IN RE: **The Gateway Ventures, LLC**, Debtor(s)

Adversary Proceeding No.: 21−03009−hcm

Judge: H. Christopher Mott

**Westar Investors Group, LLC et al.**
Plaintiff

v.

**The Gateway Ventures LLC et al.**
Defendant

## ORDER ESTABLISHING DATE FOR STATUS HEARING

    Having reviewed the docket sheet and the record of the above referenced adversary proceeding, it appears that this proceeding was removed to this Court pursuant to 28 U.S.C. §§ 1452 and 1334, and Bankruptcy Rules 9027, 7003, and 7004 by a Notice of Removal filed on 5/3/21. Since this proceeding was ongoing in State Court at the time of its removal, it is incumbent upon the Court to inquire into the status of the proceeding, as well as to resolve any matters currently pending but unresolved. In the interests of judicial management and economy and to insure a prompt and final disposition of the proceeding, **IT IS THEREFORE ORDERED** that a status hearing shall be held in this adversary proceeding

    at   us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

    on   **5/26/21 at 01:30 PM**

    Counsel for the Plaintiff(s) and the Defendant(s) shall appear at this hearing. At the status hearing the Court is to be informed of: (1) the status of the proceeding before it and any matters pending and previously undisposed of by the State Court; (2) the necessity of repleading under the Federal Rules of Civil Procedure; (3) other matters that have been timely filed, properly noticed, and set by Order of the Court relating to the administration of this adversary proceeding; including any motions to remand or to abstain, filed in the proceeding; and (4) the report of counsel for the party, having caused the removal notice to be filed as to whether the matter is a core proceeding or is a matter otherwise related to a case under Title 11 of the United States Code, as those terms are defined under 28 U.S.C. § 157, and, if only a related proceeding, the reasons that justify removal and the reasons why it should be retained by this Court.

    **IT IS FURTHER ORDERED** that failure of counsel to appear at the status hearing will be considered by the Court as failure to comply with any Order of the Court, as well as conclusive evidence of a lack of present interest in prosecuting and/or defending this matter. Thus, failure of counsel to appear may result in dismissal or other default relief being entered by virtue of the Court's inherent power to control its own docket under 11 U.S.C. § 105.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve this Order on all parties to this adversary proceeding, their counsel of record, and the trustee of the bankruptcy case, if any.

Dated: 5/4/21

                                                                      Barry D. Knight
                                                     Clerk, U. S. Bankruptcy Court

BY: Ronda Farrar

**[Status Hearing Order (AP)]** [OsthrgAPap]

United States Bankruptcy Court

Western District of Texas

Westar Investors Group, LLC,
    Plaintiff

The Gateway Ventures, LLC,
    Defendant

Adv. Proc. No. 21-03009-hcm

# CERTIFICATE OF NOTICE

District/off: 0542-3      User: admin      Page 1 of 2
Date Rcvd: May 07, 2021      Form ID: pdfintp      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Aldo R. Lopez, Ray Pena McChristian, P.C., 5722 Cromo Dr., El Paso, TX 79912 |
| aty | + | Chantel Crews, Ainsa Hutson Hester & Crews, LLP, 5809 Acacia Circle, El Paso, TX 79912-4859 |
| aty | + | Eric C. Wood, Brown Fox, PLLC, 5550 Granite Parkway, Suite 175, Plano, TX 75024-3834 |
| aty | + | Harrel L. Davis, III, Gordon Davis Johnson & Shane, P.C., 4695 N. Mesa Street, El Paso, TX 79912-6150 |
| aty | + | Jeff Ray, Ray Pena McChristian, P.C., 5822 Cromo Dr., El Paso, TX 79912-5555 |
| aty | + | Jeffrey Thomas Lucky, Ray Pena McChristian, P.C., 5822 Cromo Dr., El Paso, TX 79912-5523 |
| aty | + | Marty D. Price, 2514 Boll Street, Dallas, TX 75204-2512 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | May 08 2021 00:03:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| intp | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | May 08 2021 00:03:00 | U.S. Trustee's Office, 615 East Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 07, 2021 | Form ID: pdfintp | Total Noticed: 9 |

| Name | Email Address |
|---|---|
| Chantel Crews | on behalf of Defendant The Gateway Ventures LLC ccrews@acaciapark.com, lbas@acaciapark.com |
| Harrel L. Davis, III | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |

TOTAL: 2