**The relief described hereinbelow is SO ORDERED.**

**Signed May 27, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| Debtor. | § | (Chapter 11) |
| WESTAR INVESTORS GROUP, LLC, | § | |
| SUHAIL BAWA, and | § | |
| SALEEM MAKANI, | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 21-03009-hcm |
| THE GATEWAY VENTURES, LLC, | § | |
| PDG PRESTIGE, INC., | § | |
| MICHAEL DIXON, SURESH KUMAR, | § | |
| and BANKIM BHATT | § | |
| Defendants. | § | |

**ORDER REGARDING FIRST STATUS HEARING
AND SETTING DEADLINES IN REMOVED STATE COURT SUIT**

On May 26, 2021, the Court conducted a status hearing in this adversary proceeding. This adversary proceeding is a suit that originated in the County Court at Law No. 6 of El Paso County, Texas ("State Court") styled *Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani v. The Gateway Ventures, LLC, PDG Prestige, Inc., Michael Dixson, Suresh Kumar, and Bankim Bhatt,* civil cause no. 2020DCV0914 ("Suit"). The Suit was removed from the State Court to this Court by the filing of a Notice of Removal on May 3, 2021, by Defendant Bankim Bhatt. The Suit has been docketed in this Court as adversary proceeding no. 21-03009.

1

Appearing at the status hearing were the following: Mr. Eric Wood, as counsel for Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Plaintiffs"); Ms. Chantel Crews, as current counsel of record for The Gateway Ventures, LLC ("TGV"), PDG Prestige, Inc. ("PDG"), and Michael Dixson (Dixson"); Mr. Jeff Carruth as bankruptcy counsel for TGV and PDG; Mr. Aldo Lopez, as counsel for Bankim Bhatt ("Bhatt"); and Mr. Harrel Davis as counsel for Suresh Kumar ("Kumar") (TGV, PDG, Dixson, Bhatt and Kumar are collectively referred to as "Defendants").

At the status hearing, the Court was advised that Plaintiffs were still considering whether to file a Motion to Remand the Suit to State Court. After considering the statements of counsel and the State Court pleadings filed with the Notice of Removal, the Court finds that the following Order should be entered in this adversary proceeding.

**IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. June 2, 2021 is the deadline by which any Motion to Remand the Suit to State Court must be filed by any party.

2. By June 11, 2021, Plaintiffs and each of the non-removing Defendants (TGV, PDG, Dixson, and Kumar) shall file and serve a Statement required by Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") with this Court, stating whether or not each of such parties consent to entry of final orders and final judgment by this Court in this adversary proceeding.

3. A status hearing in this adversary proceeding is hereby reset for June 30, 2021 at 1:30 p.m. (MT), 2:30 p.m. (CT). Counsel for each party should attend the status hearing. The status hearing will be conducted through the Webex software application at: **us-courts.webex.com/meet/Mott**. Counsel may also appear at the hearing by phone at **phone number 650-479-3207, access code 160-357-6609#**.

### # # #