IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| THE GATEWAY VENTURES, LLC, | § § | Case No. 21-30071-hcm |
| Debtor. | § § | Chapter 11 |
| | § | |
| WESTAR INVESTORS GROUP, LLC, ET AL., | § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. Proc. No. 21-03009-hcm |
| THE GATEWAY VENTURES, LLC, ET AL., | § § § | |
| Defendants. | § § | |

**STATEMENT OF DEFENDANT SURESH KUMAR PURSUANT TO RULE 9027(e)(3) OF THE FEDERAL RULE OF BANKRUPTCY PROCEDURE**

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

COMES NOW SURESH KUMAR ("Kumar"), a Defendant herein, and files this, his Statement Pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure and states as follows:

3. Defendant Kumar states that he does consent to the entry of final orders and final orders of judgment by the bankruptcy judge in this adversary proceeding.

DATED this 27th day of May, 2021.

{11751.3/HDAV/06825589.1}

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)

By: /s/ Harrel Davis

Harrel L. Davis III
State Bar No. 05567560
hdavis@eplawyers.com
Attorneys for Suresh Kumar

## CERTIFICATE OF SERVICE

I certify that on the 27th day of May, 2021, a true and correct copy of the above and foregoing was served upon the attached list of parties via electronic means as listed on the court's CM/ECF noticing system or by regular first-class mail:

Chantel Crews
Ainsa Hutson Hester & Crews, LLP
5809 Acacia Circle
El Paso, TX 79912
ccrews@acaciapark.com

Jeffrey Thomas Lucky
Jeff Ray
Aldo Lopez
Ray Pena McChristian, P.C.
5822 Cromo Dr.
El Paso, TX 79922
jlucky@raylaw.com
jray@raylaw.com
alopez@raylaw.com

Eric C. Wood
Brown Fox, PLLC
5550 Granite Parkway, Suite 175
Plano, TX 75024
eric@brownfoxlaw.com

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, TX 77046
jcarruth@wkpz.com

Marty D. Price
2514 Boll Street
Dallas, TX 75204
martyprice@martyprice.com

/s/
Harrel L. Davis

{11751.3/HDAV/06825589.1}