**The relief described hereinbelow is SO ORDERED.**

**Signed May 27, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| Debtor. | § | (Chapter 11) |
| | | |
| WESTAR INVESTORS GROUP, LLC, | § | |
| SUHAIL BAWA, and | § | |
| SALEEM MAKANI, | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 21-03009-hcm |
| THE GATEWAY VENTURES, LLC, | § | |
| PDG PRESTIGE, INC., | § | |
| MICHAEL DIXON, SURESH KUMAR, | § | |
| and BANKIM BHATT | § | |
| Defendants. | § | |

**ORDER REGARDING FIRST STATUS HEARING**
**AND SETTING DEADLINES IN REMOVED STATE COURT SUIT**

On May 26, 2021, the Court conducted a status hearing in this adversary proceeding. This adversary proceeding is a suit that originated in the County Court at Law No. 6 of El Paso County, Texas ("State Court") styled *Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani v. The Gateway Ventures, LLC, PDG Prestige, Inc., Michael Dixson, Suresh Kumar, and Bankim Bhatt,* civil cause no. 2020DCV0914 ("Suit"). The Suit was removed from the State Court to this Court by the filing of a Notice of Removal on May 3, 2021, by Defendant Bankim Bhatt. The Suit has been docketed in this Court as adversary proceeding no. 21-03009.

1

Appearing at the status hearing were the following: Mr. Eric Wood, as counsel for Westar Investors Group, LLC, Suhail Bawa, and Saleem Makani (collectively "Plaintiffs"); Ms. Chantel Crews, as current counsel of record for The Gateway Ventures, LLC ("TGV"), PDG Prestige, Inc. ("PDG"), and Michael Dixson (Dixson"); Mr. Jeff Carruth as bankruptcy counsel for TGV and PDG; Mr. Aldo Lopez, as counsel for Bankim Bhatt ("Bhatt"); and Mr. Harrel Davis as counsel for Suresh Kumar ("Kumar") (TGV, PDG, Dixson, Bhatt and Kumar are collectively referred to as "Defendants").

At the status hearing, the Court was advised that Plaintiffs were still considering whether to file a Motion to Remand the Suit to State Court. After considering the statements of counsel and the State Court pleadings filed with the Notice of Removal, the Court finds that the following Order should be entered in this adversary proceeding.

**IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. June 2, 2021 is the deadline by which any Motion to Remand the Suit to State Court must be filed by any party.

2. By June 11, 2021, Plaintiffs and each of the non-removing Defendants (TGV, PDG, Dixson, and Kumar) shall file and serve a Statement required by Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") with this Court, stating whether or not each of such parties consent to entry of final orders and final judgment by this Court in this adversary proceeding.

3. A status hearing in this adversary proceeding is hereby reset for <u>June 30, 2021 at 1:30 p.m. (MT), 2:30 p.m. (CT)</u>. Counsel for each party should attend the status hearing. The status hearing will be conducted through the Webex software application at: **us-courts.webex.com/meet/Mott**. Counsel may also appear at the hearing by phone at **phone number 650-479-3207, access code 160-357-6609#**.

# # #

United States Bankruptcy Court

Western District of Texas

Westar Investors Group, LLC,
    Plaintiff

Adv. Proc. No. 21-03009-hcm

The Gateway Ventures, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2021 | Form ID: pdfintp | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Aldo R. Lopez, Ray Pena McChristian, P.C., 5722 Cromo Dr., El Paso, TX 79912 |
| aty | + | Chantel Crews, Ainsa Hutson Hester & Crews, LLP, 5809 Acacia Circle, El Paso, TX 79912-4859 |
| aty | + | Eric C. Wood, Brown Fox, PLLC, 5550 Granite Parkway, Suite 175, Plano, TX 75024-3834 |
| aty | + | Harrel L. Davis, III, Gordon Davis Johnson & Shane, P.C., 4695 N. Mesa Street, El Paso, TX 79912-6150 |
| aty | + | Jeff Ray, Ray Pena McChristian, P.C., 5822 Cromo Dr., El Paso, TX 79912-5555 |
| aty | + | Jeffrey Thomas Lucky, Ray Pena McChristian, P.C., 5822 Cromo Dr., El Paso, TX 79912-5523 |
| aty | + | Marty D. Price, 2514 Boll Street, Dallas, TX 75204-2512 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | May 27 2021 22:30:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| intp | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | May 27 2021 22:30:00 | U.S. Trustee's Office, 615 East Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| District/off: 0542-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: pdfintp | Total Noticed: 9 |

| Name | Email Address |
|---|---|
| Chantel Crews | on behalf of Defendant The Gateway Ventures LLC ccrews@acaciapark.com, lbas@acaciapark.com |
| Harrel L. Davis, III | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |

TOTAL: 2