# EXHIBIT 1

June 2, 2021: Deadline by which any Motion to Remand the Suit to State Court must be filed by any party

June 11, 2021: Deadline to file statement pursuant to Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure stating whether or not you consent to the entry of final orders and final orders of judgment by the bankruptcy judge in this adversary proceeding

June 30, 2021 at 1:30 p.m.: Status hearing, conducted through the Webex software application at **us-courts.webex.com/meet/Mott**. Counsel may also appear at the hearing by phone at **phone number 650-479-3207, access code 160-357-6609#**.