21-03009-hcm Doc#10-2 Filed 06/02/21 Entered 06/02/21 15:48:57 Proposed Order Exhibit 2 Proposed Order Granting Motion to Withdraw as Counsel Pg 1 of 2

EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| THE GATEWAY VENTURES, LLC, § | Case No. 21-30071-hcm | |
|    Debtor. § | | |

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, § | | |
| SUHAIL BAWA, and SALEEM MAKANI, § | | |
| § | | |
|    Plaintiffs § | | |
| § | | |
| v. § | Adversary No. 21-03009-hcm | |
| § | | |
| § | | |
| THE GATEWAY VENTURES, LLC, § | | |
| PDG PRESTIGE, INC., MICHAEL DIXSON, § | | |
| SURESH KUMAR, and BANKIM BHATT, § | | |
| § | | |
|    Defendants. § | | |

## **ORDER GRANTING MOTION TO WITHDRAW**

On this _____ day of June, 2021, came on to be heard the Motion to Withdraw as Counsel filed by CHANTEL CREWS of the law firm AINSA HUTSON HESTER & CREWS, LLP, counsel of record for THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., and

MICHAEL DIXSON. After consideration of the motion and arguments of counsel, the Court finds good cause to allow Chantel Crews to withdraw as counsel of record for The Gateway Ventures, LLC, PDG Prestige, Inc., and Michael Dixson, and the Court finds the Motion should in all ways be granted.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Counsel is GRANTED.

###