IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC | § | CASE NO. 21-30071-hcm |
| | § | CHAPTER 11 |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| WESTAR INVESTORS GROUP, LLC, | § | |
| SUHAIL BAWA, AND SALEEM | § | |
| MAKANI, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | ADVERSARY NO. 21-03009-hcm |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | |
| PDG PRESTIGE, INC., MICHAEL | § | |
| DIXSON, SURESH KUMAR, AND | § | |
| BANKIM BHATT | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

The undersigned counsel hereby makes an appearance on behalf of Westar Investors

Group, LLC, Saleem Makani, and Suhail Bawa and, pursuant to 11 U.S.C. § 1109(b) and Federal

Rules of Bankruptcy Procedure 2002, 9007, and 9010, respectfully requests that all notices given

or required to be served in this proceeding also be served upon the undersigned counsel at the

following address:

Eric C. Wood
BROWN FOX PLLC
5550 Granite Pkwy., Suite 175
Plano, Texas 75024
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

Further, this request includes the documents referenced above and also includes, without limitation, notices of any order, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, disclosure statements, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, electronic mail, delivery, telephone, telecopy, or otherwise.

Dated: June 3, 2021

Respectfully submitted,

By: */s/ Eric C. Wood*
Eric C. Wood
State Bar No. 24037737
BROWN FOX PLLC
5550 Granite Pkwy., Suite 175
Plano, Texas 75024
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

ATTORNEYS FOR PLAINTIFFS
WESTAR INVESTORS GROUP, LLC,
SALEEM MAKANI, AND SUHAIL BAWA

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on June 3, 2021, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas.


        */s/ Eric C. Wood*
        Eric C. Wood