IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: § § | | |
| THE GATEWAY VENTURES, LLC § § § § | CASE NO. 21-30071-hcm CHAPTER 11 | |
| Debtor. § | | |
| | | |
| WESTAR INVESTORS GROUP, LLC, § SUHAIL BAWA, AND SALEEM § MAKANI, § § Plaintiffs, § § v. § § THE GATEWAY VENTURES, LLC, § PDG PRESTIGE, INC., MICHAEL § DIXSON, SURESH KUMAR, AND § BANKIM BHATT § | ADVERSARY NO. 21-03009-hcm | |

**STATEMENT OF PLAINTIFFS PURSUANT TO RULE
9027(e)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Plaintiffs Westar Investors Group, LLC, Saleem Makani, and Suhail Bawa state, pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), that they consent to the entry of final orders and final orders of judgment by the Bankruptcy Judge in the above-styled adversary proceeding.

Dated: June 11, 2021

    Respectfully submitted,

    By: */s/ Eric C. Wood*
    Eric C. Wood
    State Bar No. 24037737
    BROWN FOX PLLC
    5550 Granite Pkwy., Suite 175
    Plano, Texas 75024
    Phone: (214) 327-5000
    Fax: (214) 327-5001
    Email: eric@brownfoxlaw.com

    ATTORNEYS FOR PLAINTIFFS
    WESTAR INVESTORS GROUP, LLC,
    SALEEM MAKANI, AND SUHAIL BAWA

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2021, a true and correct copy of the foregoing document was served by electronic notification by the Electronic Case Filing system for the United States Bankruptcy Court for the Western District of Texas to the following parties:

Chantel Crews
Ainsa Hutson Hester & Crews, LLP
5809 Acacia Circle
El Paso, TX 79912
ccrews@acaciapark.com

Jeffrey Thomas Lucky
Jeff Ray
Aldo Lopez
Ray Pena McChristian, P.C.
5822 Cromo Dr.
El Paso, TX 79922
jlucky@raylaw.com
jray@raylaw.com
alopez@raylaw.com

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, TX 77046
jcarruth@wkpz.com

Harrel L. Davis III
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa Street
El Paso, Texas 79912
hdavis@eplawyers.com

                              */s/ Eric C. Wood*
                              Eric C. Wood