IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| WESTAR INVESTORS GROUP, LLC, ET AL., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 21-03009-hcm |
| | § | |
| THE GATEWAY VENTURES, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## STATEMENT REGARDING CONSENT

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

COMES NOW SURESH KUMAR ("Kumar"), a Defendant herein, and files this, his Statement Regarding Consent ("Statement"), and in accordance with Local Bankruptcy Rule 9015(a)(1) states as follows:

1. Kumar does not believe that the Seventh Amendment right to a jury trial attaches in this adversary proceeding.

2. Kumar believes that this adversary proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(I).

3. Kumar consents to the entry of final orders and a final judgment by the bankruptcy judge in this adversary proceeding.

{11751.3/HDAV/06840010.1}

DATED this 13th day of August, 2021.

Respectfully submitted,

**GORDON DAVIS JOHNSON & SHANE P.C.**
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)

By: /s/
Harrel L. Davis III
State Bar No. 05567560
hdavis@eplawyers.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 13th day of August, 2021, a true and correct copy of the above and foregoing was served upon the attached list of parties via electronic means as listed on the court's CM/ECF noticing system or by regular first-class mail:

Eric C. Wood
Brown Fox, PLLC
5550 Granite Parkway, Suite 175
Plano, TX 75024
eric@brownfoxlaw.com

Jeffrey Thomas Lucky
Jeff Ray
Aldo Lopez
Ray Pena McChristian, P.C.
5822 Cromo Dr.
El Paso, TX 79922
jlucky@raylaw.com
jray@raylaw.com
alopez@raylaw.com

David P. Lutz
Martin & Lutz, P.C.
P.O. Drawer 1837
Las Cruces, NM 88004
dplutz@qwestoffice.net

Michael R. Nevarez
THE NEVAREZ LAW FIRM, PC
P.O. Box 12247
El Paso, Texas 79913
MNevarez@LawOfficesMRN.com

Jeff Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
25 Greenway Plaza, #2050
Houston, TX 77046
jcarruth@wkpz.com

/s/
Harrel L. Davis

{11751.3/HDAV/06840010.1}