## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO 21-30071-hcm |
| THE GATEWAY VENTURES, LLC, | § § § | Chapter 11 |
| Debtor. | § § | |
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA and SALEEM MAKANI, | § § § § | |
| Plaintiffs, | § § | |
| V | § § | Adversary No. 21-03009-hcm |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT, | § § § § § | |
| Defendants | § | |

### UNOPPOSED MOTION FOR LEAVE TO FILE MICHAEL DIXSON'S ANSWER TO CERTAIN CROSS CLAIMS SURESH KUMAR

COMES NOW, Michael Dixson ("Dixson") pursuant to Local Rule 7007, and files his *Unopposed Motion for Leave to File Michael Dixson's Answer to Certain Cross Claims Suresh Kumar*, regarding certain cross claims asserted by Suresh Kumar ("Kumar") against Dixson, and would respectfully show the Court as follows:

### I. PARTIES

1. Kumar and Dixson previously had stipulated (along with The Gateway Ventures LLC and PDG Prestige Inc.) to an answer extension during the confirmation process in the underlying Chapter 11 bankruptcy case, which date has since lapsed.

2. The proposed form of answer is attached hereto as **Exhibit "A"**.

3. Kumar does not oppose the filing of an answer by Dixson concurrently with the filing of this Motion.

4. The undersigned understands that the previously awaited agreed motion to dismiss the claims between Kumar and The Gateway Ventures LLC and PDG Prestige Inc. will be forthcoming very shortly.

5. A proposed form of order accompanies this Motion and is incorporated by reference herein.

**WHEREFORE,** Michael Dixson respectfully requests that the Court grant the Motion as set forth above and any further relief to which he may be entitled.

MARTIN & LUTZ, P.C.

By: */s/ David Lutz*
David Lutz
Texas Bar #24026999
New Mexico Bar #20343
P.O. Drawer 1837
Las Cruces, NM 88004
(575) 526 – 2449
(575) 526 – 0946 (F)
dplutz@qwestoffice.net

ATTORNEYS FOR
MICHAEL DIXSON

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon all registered ECF users in this case on December 8, 2021 as shown it the list below.

/s/ *David Lutz*
One of Counsel

**21-03009-hcm Notice will be electronically mailed to:**

Jeff Carruth on behalf of Cross Defendant PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth on behalf of Cross Defendant The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Defendant Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Aldo R Lopez on behalf of Defendant Bankim Bhatt
alopez@raylaw.com, syoder@raylaw.com

Michael R. Nevarez on behalf of Plaintiff Westar Investors Group, LLC
MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com

Eric Charles Wood on behalf of Plaintiff Westar Investors Group, LLC
eric@brownfoxlaw.com, tracy@brownfoxlaw.com

Eric Charles Wood on behalf of Plaintiff Saleem Makani
eric@brownfoxlaw.com, tracy@brownfoxlaw.com

Eric Charles Wood on behalf of Plaintiff Suhail Bawa
eric@brownfoxlaw.com, tracy@brownfoxlaw.com