# Exhibit "A"

EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO 21-30071-hcm<br>Chapter 11 |
| THE GATEWAY VENTURES, LLC, | | |
| Debtor. | | |
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA and SALEEM MAKANI, | § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| V | | Adversary No. 21-03009-hcm |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT, | | |
| Defendants | | |

## ANSWER OF MICHAEL DIXON TO CROSS-CLAIMS BY SURESH KUMAR
### (RE: DOCKET NO. 22)

Michael Dixson individually ("Dixson") files this Answer to *Suresh Kumar's Amended Coutnerclaim and Cross-Claim* (the "Cross-Claim") as set forth at Page 7 et seq. of Docket No 22, and in support thereof would show the Court the following:

### I.
### PARTIES

1. Dixson admits Paragraph No. 1 of the Cross-Claim.

2. Dixson admits Paragraph No. 2 of the Cross-Claim.

3. Dixson admits Paragraph No. 3 of the Cross-Claim.

## II.
## JURISDICTION AND VENUE

4. Dixson admits Paragraph No. 4 of the Cross-Claim.

## III.
## BACKGROUND FACTS

5. Dixson admits in part and denies in part Paragraph No. 5 of the Cross-Claim. The final agreement of the parties is reflected in the Agreement attached to Westar's proof of claim. The balance of this Paragraph is denied.

6. Dixson admits in part and denies in part Paragraph No. 6 of the Cross-Claim. Dixson is generally aware of the formation of Westar by and among Kumar, Bawa, and Makani. Dixson otherwise lacks information regarding the full scope and/or purpose of the formation of Westar and thus denies the balance of this Paragraph.

7. Dixson admits Paragraph No. 7 of the Cross-Claim. The controlling Agreement is that which was attached to the Westar proof of claim in the underlying bankruptcy case. Dixson denies the balance of this Paragraph.

8. Dixson admits in part and denies in part Paragraph No. 8 of the Cross-Claim. Kumar represented the 35% ownership and 35% obligation, but Dixson does not possess all facts regarding the inner-workings of Westar, and thus the balance of this Paragraph is denied.

9. Dixson admits in part and denies Paragraph No. 9 of the Cross-Claim. The sale of the tract is one option under the Agreement. The site plan Exhibit A was not affixed to the Agreement as executed. Dixson denies the balance of this Paragraph.

10. Dixson admits in part and denies in part Paragraph No. 10 of the Cross-Claim. The amount which Kumar was to invest or was willing to invest with Westar changed from time to time. The amount attributed to Kumar was later resolved in correspondence among the

parties, which correspondence is attached to the Westar proof of claim in the underlying bankruptcy case. Dixson denies the balance of this Paragraph.

11. Dixson denies Paragraph No. 11 of the Cross-Claim.

12. Dixson admits in part and denies in part Paragraph No. 12 of the Cross-Claim. The dates are specified in the Agreement. Westar and/or Kumar, Bawa, and/or Makani did not perform the conditions precedent under the Agreement according to the timing required under the Agreement. Dixson denies the balance of this Paragraph.

13. Dixson denies Paragraph No. 13 of the Cross-Claim.

14. Dixson denies Paragraph No. 14 of the Cross-Claim.

15. Dixson admits in part and denies in part Paragraph No. 15 of the Cross-Claim. The allocation of funds among the Westar parties in general and with Kumar in particular was in frequent and/or constant dispute, which disputes culminated in the and/or includes email attached to the Westar proof of claim. The balance of this Paragraph is denied.

16. Dixson admits in part and denies in part Paragraph No. 16 of the Cross-Claim. The total funds provided by Kumar were addressed by The Gateway Ventures LLC in the underlying bankruptcy case as related to Westar. The provision of and/or disposition of any other funds is yet to be determined, and thus the balance of this Paragraph is denied.

17. Dixson admits in part and denies in part Paragraph No. 17 of the Cross-Claim. The Gateway Ventures LLC relied upon Westar's full and timely performance in order to, inter alia, obtain other financing in connection with the acquisition of the 20-acre tract, which performance Westar did not provide. The balance of this Paragraph is denied.

18. Dixson is without sufficient information to admit or deny Paragraph No. 18 of the Cross-Claim and thus this Paragraph is denied.

19. Dixson denies Paragraph No. 19 of the Cross-Claim.

20. Dixson denies Paragraph No. 20 of the Cross-Claim.

21. Dixson admits in part and denies in part Paragraph No. 21 of the Cross-Claim. Numerous correspondence was exchanged among the parties during 2019-2020 regarding funds that were in dispute, which correspondence resulted in the email and/or includes the email attached to Westar's proof of claim. Aside from the correspondence that is attached to the proof of claim, this Paragraph is denied pending production and review of the particular correspondence referenced and described in this Paragraph.

22. Dixson is without sufficient information to admit or deny Paragraph No. 22 of the Cross-Claim. Numerous correspondence was exchanged among the parties during 2019-2020 regarding funds that were in dispute, which correspondence resulted in the email and/or includes the email attached to Westar's proof of claim. Aside from the correspondence that is attached to the proof of claim, this Paragraph is denied pending production and review of the particular correspondence referenced and described in this Paragraph.

23. Dixson admits in part and denies in part Paragraph No. 23 of the Cross-Claim. Numerous correspondence was exchanged among the parties during 2019-2020 regarding funds that were in dispute, which correspondence resulted in the email and/or includes the email attached to Westar's proof of claim. Aside from the correspondence that is attached to the proof of claim, this Paragraph is denied pending production and review of the particular correspondence referenced and described in this Paragraph.

24. Dixson admits in part and denies in part Paragraph No. 24 of the Cross-Claim. Numerous correspondence was exchanged among the parties during 2019-2020 regarding funds that were in dispute, which correspondence resulted in the email and/or includes the email

attached to Westar's proof of claim. Aside from the correspondence that is attached to the proof of claim, this Paragraph is denied pending production and review of the particular correspondence referenced and described in this Paragraph.

25. Dixson admits in part and denies in part Paragraph No. 25 of the Cross-Claim. Numerous correspondence was exchanged among the parties during 2019-2020 regarding funds that were in dispute, which correspondence resulted in the email and/or includes the email attached to Westar's proof of claim. Aside from the correspondence that is attached to the proof of claim, this Paragraph is denied pending production and review of the particular correspondence referenced and described in this Paragraph.

26. Dixson denies Paragraph No. 26 of the Cross-Claim.

27. Dixson is without sufficient information to admit or deny Paragraph No. 27 of the Cross-Claim and thus this Paragraph is denied. Dixson engaged in various settlement discussions with the parties over time, and Dixson is unaware of all of the communications that occurred among the Westar parties.

28. Dixson denies Paragraph No. 28 of the Cross-Claim.

29. Dixson denies Paragraph No. 29 of the Cross-Claim.

30. Dixson denies Paragraph No. 30 of the Cross-Claim.

31. Dixson denies Paragraph No. 31 of the Cross-Claim.

32. Dixson denies Paragraph No. 32 of the Cross-Claim.

33. Dixson denies Paragraph No. 33 of the Cross-Claim.

## COUNTERCLAIM

34. Dixson denies Paragraph No. 34 of the Cross-Claim. (This Paragraph does not pertain to Dixson.)

35. Dixson denies Paragraph No. 35 of the Cross-Claim. (This Paragraph does not pertain to Dixson.)

## IV.
## CAUSES OF ACTION

### COUNT ONE – BREACH OF CONTRACT

36. Dixson admits and/or denies Paragraph No. 36 of the Cross-Claim as set forth above.

37. Dixson denies Paragraph No. 37 of the Cross-Claim.

38. Dixson denies Paragraph No. 38 of the Cross-Claim.

39. Dixson denies Paragraph No. 39 of the Cross-Claim.

### COUNT TWO – MONEY HAD AND RECEIVED/UNJUST ENRICHMENT

40. Dixson admits and/or denies Paragraph No. 40 of the Cross-Claim as set forth above.

41. Dixson denies Paragraph No. 41 of the Cross-Claim.

42. Dixson denies Paragraph No. 42 of the Cross-Claim.

### COUNT THREE – DECLATORY JUDGMENT

43. Dixson admits and/or denies Paragraph No. 43 of the Cross-Claim as set forth above.

44. Dixson denies Paragraph No. 44 of the Cross-Claim.

45. Dixson denies Paragraph No. 45 of the Cross-Claim.

### COUNT FOUR –
### STATUTORY FRAUD (TEX. BUS. & COM. CODE § 27.01)/
### FRAUD BY NON-DISCLOSURE

46. Dixson admits and/or denies Paragraph No. 46 of the Cross-Claim as set forth above.

47. Dixson denies Paragraph No. 47 of the Cross-Claim.

48. Dixson denies Paragraph No. 48 of the Cross-Claim.

## V.
## ATTORNEY FEES

49. Dixson denies Paragraph No. 49 of the Cross-Claim.

## VI.
## EXEMPLARY DAMAGES

50. Dixson denies Paragraph No. 50 of the Cross-Claim.

## VII.
## CONDITIONS PRECEDENT

51. Dixson denies Paragraph No. 51 of the Cross-Claim.

## VIII.
## PRAYER

WHEREFORE, Michael Dixson respectfully requests that the Court deny the relief requested in the Cross-Claim. Michael Dixson respectfully requests such other and further relief to which it is entitled at law or in equity.

MARTIN & LUTZ, P.C.

By: _/s/ David Lutz_
David Lutz
Texas Bar #24026999
New Mexico Bar #20343
P.O. Drawer 1837
Las Cruces, NM 88004
(575) 526 – 2449
(575) 526 – 0946 (F)
dplutz@qwestoffice.net
ATTORNEYS FOR
MICHAEL DIXSON

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon all registered ECF users in this case on December 8, 2021 as shown it the list below.

/s/ David Lutz
One of Counsel

**21-03009-hcm Notice will be electronically mailed to:**

Jeff Carruth on behalf of Cross Defendant PDG Prestige, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth on behalf of Cross Defendant The Gateway Ventures, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Harrel L. Davis, III on behalf of Defendant Suresh Kumar
hdavis@eplawyers.com, vrust@eplawyers.com;vpena@eplawyers.com

Aldo R Lopez on behalf of Defendant Bankim Bhatt
alopez@raylaw.com, syoder@raylaw.com

Michael R. Nevarez on behalf of Plaintiff Westar Investors Group, LLC
MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com

Eric Charles Wood on behalf of Plaintiff Westar Investors Group, LLC
eric@brownfoxlaw.com, tracy@brownfoxlaw.com

Eric Charles Wood on behalf of Plaintiff Saleem Makani
eric@brownfoxlaw.com, tracy@brownfoxlaw.com

Eric Charles Wood on behalf of Plaintiff Suhail Bawa
eric@brownfoxlaw.com, tracy@brownfoxlaw.com