**The relief described hereinbelow is SO ORDERED.**

**Signed December 09, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071-hcm |
| THE GATEWAY VENTURES, LLC, | § | Chapter 11 |
| | § | |
| *Debtor.* | § | |
| | § | |
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA and SALEEM MAKANI, | § | |
| *Plaintiffs,* | § | |
| v. | § | Adversary No. 21-03009-hcm |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT, | § | |
| *Defendants.* | § | |

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE MICHAEL DIXSON'S ANSWER TO CERTAIN CROSS CLAIMS SURESH KUMAR                                                                Page 1

## ORDER GRANTING
## UNOPPOSED MOTION FOR LEAVE TO FILE MICHAEL DIXSON'S
## ANSWER TO CERTAIN CROSS CLAIMS SURESH KUMAR

ON THIS DAY came on for consideration the *Unopposed Motion for Leave to File Michael Dixson's Answer to Certain Cross Claims Suresh Kumar* (the "Motion"). In light of the unopposed nature of the Motion and the record before the Court, the Court is of the opinion that the following order should be entered.

IT IS THEREFORE ORDERED that Michael Dixson is granted leave to file his answer to the crossclaims of Suresh Kumar against Michael Dixson.

###