**The relief described hereinbelow is SO ORDERED.**

**Signed December 09, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO 21-30071-hcm |
| THE GATEWAY VENTURES, LLC, | § | Chapter 11 |
| | § | |
| *Debtor.* | § | |
| | § | |
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA and SALEEM MAKANI, | § | |
| | § | |
| *Plaintiffs,* | § | |
| v. | § | Adversary No. 21-03009-hcm |
| | § | |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT, | § | |
| | § | |
| *Defendants.* | § | |

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE MICHAEL DIXSON'S
ANSWER TO CERTAIN CROSS CLAIMS SURESH KUMAR                                                      Page 1

## ORDER GRANTING
## UNOPPOSED MOTION FOR LEAVE TO FILE MICHAEL DIXSON'S
## ANSWER TO CERTAIN CROSS CLAIMS SURESH KUMAR

ON THIS DAY came on for consideration the *Unopposed Motion for Leave to File Michael Dixson's Answer to Certain Cross Claims Suresh Kumar* (the "Motion"). In light of the unopposed nature of the Motion and the record before the Court, the Court is of the opinion that the following order should be entered.

IT IS THEREFORE ORDERED that Michael Dixson is granted leave to file his answer to the crossclaims of Suresh Kumar against Michael Dixson.

###

United States Bankruptcy Court

Western District of Texas

Westar Investors Group, LLC,
    Plaintiff

The Gateway Ventures, LLC,
    Defendant

Adv. Proc. No. 21-03009-hcm

# CERTIFICATE OF NOTICE

District/off: 0542-3      User: admin      Page 1 of 3
Date Rcvd: Dec 10, 2021      Form ID: pdfintp      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Aldo R. Lopez, Ray Pena McChristian, P.C., 5722 Cromo Dr., El Paso, TX 79912 |
| aty | + | Chantel Crews, Ainsa Hutson Hester & Crews, LLP, 5809 Acacia Circle, El Paso, TX 79912-4859 |
| aty | + | Chantel Crews, Ainsa Hutson, LLP, 5809 Acacia Circle, El Paso, TX 79912-4859 |
| aty | + | Eric C. Wood, Brown Fox, PLLC, 5550 Granite Parkway, Suite 175, Plano, TX 75024-3834 |
| aty | + | Harrel L. Davis, III, Gordon Davis Johnson & Shane, P.C., 4695 N. Mesa Street, El Paso, TX 79912-6150 |
| aty | + | Jeff Ray, Ray Pena McChristian, P.C., 5822 Cromo Dr., El Paso, TX 79912-5555 |
| aty | + | Jeffrey Thomas Lucky, Ray Pena McChristian, P.C., 5822 Cromo Dr., El Paso, TX 79912-5523 |
| aty | + | Marty D. Price, 2514 Boll Street, Dallas, TX 75204-2512 |
| dft | + | Michael Dixon, 5996 Ojo de Agua, El Paso, TX 79912-7540 |
| crd | + | Michael Dixson, 5996 Ojo de Agua, El Paso, TX 79912-7540 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jcarruth@wkpz.com | Dec 10 2021 21:52:00 | Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C., 3030 Matlock Rd. Suite 201, Arlington, TX 76015-2936 |
| ust | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Dec 10 2021 21:52:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |
| intp | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Dec 10 2021 21:52:00 | U.S. Trustee's Office, 615 East Houston, Suite 533, P.O. Box 1539, San Antonio, TX 78295-1539 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | PDG Prestige, Inc. |
| crd | | PDG Prestige, Inc. |
| cd | | Saleem Makani |
| cd | | Saleem Makani |
| cd | | Saleem Makani |
| pla | | Saleem Makani |
| cd | | Suhail Bawa |
| cd | | Suhail Bawa |
| pla | | Suhail Bawa |
| cd | | Suhail Bawa |
| crc | | Suresh Kumar |
| crd | | Suresh Kumar |
| dft | | Suresh Kumar |
| crc | | Suresh Kumar |

| | | |
|---|---|---|
| cc | | Suresh Kumar |
| crd | | The Gateway Ventures, LLC |
| crd | | The Gateway Ventures, LLC |
| aty | *+ | Chantel Crews, Ainsa Hutson Hester & Crews, LLP, 5809 Acacia Circle, El Paso, TX 79912-4859 |
| crc | *+ | Michael Dixon, 5996 Ojo de Agua, El Paso, TX 79912-7540 |
| crd | *+ | Michael Dixson, 5996 Ojo de Agua, El Paso, TX 79912-7540 |

TOTAL: 17 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021        Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aldo R Lopez | on behalf of Cross Defendant Bankim Bhatt alopez@raylaw.com syoder@raylaw.com |
| Aldo R Lopez | on behalf of Defendant Bankim Bhatt alopez@raylaw.com syoder@raylaw.com |
| David P. Lutz | on behalf of Defendant Michael Dixon dplutz@qwestoffice.net |
| Eric Charles Wood | on behalf of Plaintiff Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Counter Defendant Saleem Makani eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Counter Defendant Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Westar Investors Group LLC eric@brownfoxlaw.com, ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Counter Defendant Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Eric Charles Wood | on behalf of Plaintiff Suhail Bawa eric@brownfoxlaw.com ahancock@brownfoxlaw.com |
| Harrel L. Davis, III | on behalf of Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Harrel L. Davis, III | on behalf of Cross Defendant Suresh Kumar hdavis@eplawyers.com vrust@eplawyers.com;vpena@eplawyers.com |
| Jeff Carruth | on behalf of Cross Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Cross Defendant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com |
| Jeff Carruth | on behalf of Defendant The Gateway Ventures LLC jcarruth@wkpz.com, |

| District/off: 0542-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: pdfintp | Total Noticed: 13 |

jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth

on behalf of Defendant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth

on behalf of Cross Claimant The Gateway Ventures LLC jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Jeff Carruth

on behalf of Cross Claimant PDG Prestige Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Michael R. Nevarez

on behalf of Plaintiff Westar Investors Group LLC MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com

Michael R. Nevarez

on behalf of Plaintiff Suhail Bawa MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com

Michael R. Nevarez

on behalf of Plaintiff Saleem Makani MNevarez@LawOfficesMRN.com MRN4Bankruptcy@gmail.com

TOTAL: 20