IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| WESTAR INVESTORS GROUP, LLC, ET AL., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 21-03009-hcm |
| | § | |
| THE GATEWAY VENTURES, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ON SURESH KUMAR'S MOTION OF FOR PARTIAL DISMISSAL, WITH PREJUDICE, OF CLAIMS BY AND BETWEEN SURESH KUMAR, THE GATEWAY VENTURES, LLC AND PDG PRESTIGE, INC.**

On this day came on to be considered the Motion for Partial Dismissal, With Prejudice, of Claims By and Between Suresh Kumar, The Gateway Ventures, LLC and PDG Prestige, Inc. filed by SURESH KUMAR ("Kumar") and the Court, after considering the Motion finds that it is in order and should, in all things, be granted. It is therefore,

{11751.1/HDAV/06884635.1}

**ORDERED, ADJUDGED and DECREED** that:

1. The claims and causes of action asserted by Kumar against The Gateway Ventures, LLC and PDG Prestige, Inc. in this Adversary Proceeding are hereby dismissed with prejudice to the refiling of the same.

2. The claims and causes of action asserted by The Gateway Ventures, LLC against Kumar in this Adversary Proceeding are hereby dismissed with prejudice to the refiling of the same.

3. For avoidance of doubt, no claims or causes of action of Kumar against Michael Dixson that are pending in this Adversary Proceeding are addressed by this Order.

### #

**Order prepared by:**
Harrel L. Davis
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa, Ste. 100
El Paso, Texas 79912
(915) 545-1133/(915) 545-4433 (Facsimile)
hdavis@eplawyers.com