**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| THE GATEWAY VENTURES, LLC, | § § § § | CASE NO 21-30071-hcm<br>Chapter 11 |
| *Debtor*. | § § | |
| | § | |
| WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA and SALEEM MAKANI, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Adversary No. 21-03009-hcm |
| THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., MICHAEL DIXSON, SURESH KUMAR, and BANKIM BHATT, | § § § § § § | |
| *Defendants*. | § | |

2172176 - 11

**AGREED ORDER GRANTING JOINT AGREED MOTION FOR DISMISSAL WITH PREJUDICE REGARDING BANKIM BHATT**
**(RE: DOCKET NO. 97)**

ON THIS DAY came on for consideration the *Joint Agreed Motion for Dismissal with Prejudice Regarding Bankin Bhatt* filed herein by THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., and MICHAEL DIXSON (collectively, the "***Gateway Parties***"), and BANKIM BHATT ("***Bhatt***"). Upon the signatures of the respective counsel appearing below, signifying the agreement of the Gateway Parties and Bhatt, the Court is of the opinion that the following order should be entered.

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1. The claims and causes of action asserted by each and all of THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., and MICHAEL DIXSON against BANKIM BHATT in this adversary proceeding are hereby DISMISSED WITH PREJUDICE.

2. The claims and causes of action asserted by BANKIM BHATT against THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., and MICHAEL DIXSON in this adversary proceeding are hereby DISMISSED WITH PREJUDICE.

### END OF ORDER ###

*{continued on following sheet / signatures below}*

**AGREED AND ENTRY REQUESTED:**

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By: */s/ Jeff Carruth*
  JEFF CARRUTH
  Texas Bar No.: 24001846
  24 Greenway Plaza Suite 2050
  Houston, Texas 77046
  Telephone: (713) 341-1158
  Fax: (866) 666-5322
  E-mail: jcarruth@wkpz.com
*ATTORNEYS FOR*
*THE GATEWAY VENTURES LLC AND*
*PDG PRESTIGE INC.*

MARTIN & LUTZ, P.C.
By: */s/ David Lutz\**
  DAVID LUTZ
  Texas Bar #24026999
  New Mexico Bar No.: 20343
  P.O. Drawer 1837
  Las Cruces, NM 88004
  Telephone: (575) 526-2449
  Fax: (575) 526-0946
  Email: dplutz@qwestoffice.net

*ATTORNEYS FOR MICHAEL DIXSON*

RAY, PEÑA & MCCHRISTIAN, P.C.

By: */s/ Jeffrey Thomas Lucky\**
  JEFFREY THOMAS LUCKY
  State Bar No. 12667350
  ALDO R. LOPEZ
  State Bar No. 24060185
  5822 Cromo Dr.
  El Paso, Texas 79912
  (915) 832-7200
  (915) 832-7333- Fax
  alopez@raylaw.com
  jlucky@raylaw.com

*ATTORNEYS FOR BANKIM BHATT*

*\* Signature by permission by /s/ Jeff Carruth*

---

**AGREED ORDER GRANTING JOINT AGREED MOTION**
**FOR DISMISSAL WITH PREJUDICE REGARDING BANKIM BHATT — Page 3**
2172176 - 13

2133553.DOCX