**The relief described hereinbelow is SO ORDERED.**

**Signed July 27, 2022.**

                                              _____
                                              H. CHRISTOPHER MOTT
                                              UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
|     Debtor. | § | (Chapter 11) |
| WESTAR INVESTORS GROUP, LLC, | § | |
| SUHAIL BAWA, and | § | |
| SALEEM MAKANI, | § | |
|     Plaintiffs, | § | |
| v. | § | Adversary No. 21-03009-hcm |
| THE GATEWAY VENTURES, LLC, | § | |
| PDG PRESTIGE, INC., | § | |
| MICHAEL DIXON, SURESH KUMAR, | § | |
| and BANKIM BHATT | § | |
|     Defendants. | § | |

### ORDER SETTING RESPONSE DEADLINE ON
### MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE REGARDING
### WESTAR, BAWA, MAKANI, TGV, PDPG, AND DIXSON, WITH NOTICE THEREOF

On July 27, 2022, a Motion for Partial Dismissal with Prejudice Regarding Westar, Bawa, Makani, TGV, and Dixson ("Motion")(dkt# 108) was filed and served by The Gateway Ventures, PDG Prestige, Inc., and Michael Dixson (collectively "Gateway Defendants"). The Court finds the following Order should be entered.

**IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. The deadline for Plaintiffs Westar Investors Group, LLC ("Westar"), Suhail Bawa ("Bawa"), and Saleem Makani ("Makani") to file and serve a written Response to the Motion (dkt# 108) of the Gateway Defendants is August 19, 2022. If no timely Response is filed to the Motion, the Court may grant the Motion as being unopposed.

2. Plaintiff Westar is a limited liability company (LLC) and not an individual. Westar is not represented by counsel in this adversary proceeding. It is well established that a corporate entity, such as Westar, may appear in federal court (such as this Court) only through licensed counsel. *See e.g.*, 28 U.S.C. §1654; *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Donovan v. Road Rangers Country Junction, Inc.,* 736 F.2d 1004, 1005 (5th Cir. 1984); *K.M.A., Inc. v. General Motors Acceptance Corp.,* 652 F.2d 398, 399 (5th Cir. 1982); *TGP Franchising LLC v. Schooley Media Ventures LLC*, 2016 WL 11082045 at *2 (W.D. Tex. Sept. 13, 2016)(a LLC may appear in federal court only through a licensed attorney). Accordingly, Westar is hereby **warned** that it must retain a substitute licensed counsel to represent Westar with respect to filing a Response to the Motion and in this adversary proceeding, or the Court may grant the Motion.

3. The deadline for the Gateway Defendants to file and serve any Reply to the Response of Plaintiffs is August 26, 2022.

4. The Clerk of the Court shall cause this Order to be served on all counsel of record in this adversary proceeding and to be mailed to (a) Westar Investors Group, LLC, 750 York Ct., Lewisville, TX 75056; (b) Saleem Makani, 750 York Ct., Lewisville,TX 75056; and (c) Suhail Bawa, 1313 Oneida Dr., Carrollton, Texas 75010.

###