**The Clerk may close this adversary proceeding, as this Agreed Order disposes of all remaining claims and all remaining parties.**

**The relief described hereinbelow is SO ORDERED.**

**Signed August 15, 2022.**

**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE GATEWAY VENTURES, LLC, | § | Case No. 21-30071-hcm |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| WESTAR INVESTORS GROUP, LLC, ET AL., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 21-03009-hcm |
| | § | |
| THE GATEWAY VENTURES, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

**AGREED ORDER ON MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE REGARDING WESTAR, BAWA, MAKANI, TGV, PDGP, AND DIXSON**

On this day came on to be considered the *Motion for Partial Dismissal with Prejudice Regarding Westar, Bawa, Makani, TGV, PDGP, and Dixson* filed herein on July 27, 2022 by THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., and MICHAEL DIXSON (collectively, the "Gateway Defendants") and regarding the mutual claims herein of the Gateway Defendants and

WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA and SALEEM MAKANI (collectively, the "Plaintiffs").

Upon review of (i) the *First Amended Plan of Reorganization As Modified of The Gateway Ventures LLC dated October 14, 2021* (Docket No. 245), and (ii) the *Order (I) Approving First Amended Disclosure Statement in Support of Plan of Reorganization of The Gateway Ventures LLC dated September 1, 2021 and (II) Confirming First Amended Plan of Reorganization as Modified of The Gateway Ventures LLC dated October 14, 2021 (Re: Docket Nos. 155, 245)* (Docket No. 246), the Court, after considering the stipulations of the Parties as contained in this Agreed Order, is of the opinion that the following order should be entered.

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

1. The claims and causes of action asserted by each and all of WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA and SALEEM MAKANI against each and all of THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., and MICHAEL DIXSON in this adversary proceeding are hereby DISMISSED WITH PREJUDICE.

2. The claims and causes of action asserted by each and all of THE GATEWAY VENTURES, LLC, PDG PRESTIGE, INC., and MICHAEL DIXSON against each and all of WESTAR INVESTORS GROUP, LLC, SUHAIL BAWA and SALEEM MAKANI in this adversary proceeding are hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, and the Parties stipulate, that Plaintiffs specifically reserve all claims related to The Gateway Ventures, LLC's performance under its confirmed Plan of Reorganization (Docket No. 246, Case No. 21-30071).

# # #

APPROVED & ENTRY REQUESTED:

*/s/ Jeff Carruth*
Jeff Carruth
*Attorney for The Gateway Ventures, LLC and PDG Prestige, Inc.*

*/s/ David P. Lutz**
David P. Lutz
*Attorney for Michael Dixson*

*/s/ Harrel L. Davis**
Harrel L. Davis
*Attorney for Westar Investors Group, LLC, Suhail Bawa and Saleem Makani*

Order prepared by:
Harrel L. Davis
Gordon Davis Johnson & Shane P.C.
4695 N. Mesa, Ste. 100
El Paso, Texas 79912
(915) 545-1133/(915) 545-4433 (Facsimile)
hdavis@eplawyers.com

**signature with permission by /s/ Jeff Carruth*